**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 (jointly administered) |
| | ) | |
| MICHAEL'S MARKET, INC., *et al.*,[1] | ) | Case No. 11-52013 |
| | ) | |
| Debtors. | ) | Honorable Carol A. Doyle |
| | ) | |

**FINAL ORDER AUTHORIZING DEBTORS' USE OF**
**CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

---

Upon the motion (the "Motion") of Michael's Market, Inc. ("Michael's"), together with its affiliated Chapter 11 debtors (collectively, the "Debtors"), debtors and debtors-in-possession in their respective Chapter 11 cases, pursuant to sections 361, 363 and 552 of title 11 of the United States Code (the "Bankruptcy Code"), for the entry of an order authorizing the Debtors to use cash that may be Cash Collateral (as defined hereafter) of the Federal Deposit Insurance Corporation as Receiver for Premier Bank ("FDIC-R") and providing adequate protection to the FDIC-R, or to use cash that may be subject to PACA Trusts and thus may be neither Cash Collateral or property of the estates, but property of the PACA Claimants; the Court having entered on January 5, 2012 the Agreed First Interim Order (I) Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection and (II) Approving the Form and Method of Notice of, and Scheduling, the Final Hearing on the Use of Cash Collateral [Dkt. No. 37] (the "First Interim Order"); the Court having entered on January 13, 2012 the Agreed Second Interim Order (I) Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection and (II)

---

[1] The Debtors are the following entities: Michael's Market, Inc. (Case No. 11-52013), 2820-30 North Cicero, LLC (Case No. 11-52017), 4815 W. Wolfram, LLC (Case No. 11-52020), CP No. 3, Inc. f/k/a Cermak Produce No. 3, Inc. (Case No. 11-52028), DMM Produce, Inc. (Case No. 11-52024), North Avenue Fresh Market, LLC (Case No. 11-52032), Mayfair Market Place, Inc. (Case No. 11-52035), Jenor, LLC (Case No. 11-52043), Jenor, LLC – Michael's Fresh Market (Case No. 11-52042), and Jenor, LLC – Downers Grove (Case No. 11-52045).

Approving the Form and Method of Notice of, and Scheduling, the Final Hearing on the Use of

Cash Collateral [Dkt. No. 62] (the "Second Interim Order"); the Court having entered on

February 20, 2012 the Agreed Third Interim Order (I) Authorizing Debtors' Use of Cash

Collateral and Granting Adequate Protection and (II) Approving the Form and Method of Notice

of, and Scheduling, the Final Hearing on the Use of Cash Collateral [Dkt. No. 116] (the "Third

Interim Order"); the Court having entered on March 6, 2012 the Agreed Fourth Interim Order (I)

Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection and (II)

Approving the Form and Method of Notice of, and Scheduling, the Final Hearing on the Use of

Cash Collateral [Dkt. No. 148] (the "Fourth Interim Order"); the Court having entered on April

3, 2012 the Agreed Fifth Interim Order (I) Authorizing Debtors' Use of Cash Collateral and

Granting Adequate Protection and (II) Approving the Form and Method of Notice of, and

Scheduling, the Final Hearing on the Use of Cash Collateral [Dkt. No. 189] (the "Fifth Interim

Order"); it appearing to the Court that the relief requested in the Motion is in the best interests of

the Debtors, their estates, their creditors and other parties-in-interest; it appearing that notice of

the Motion was sufficient under the particular circumstances and that no other or further notice

need be given; it is hereby

**DETERMINED, ORDERED AND ADJUDGED THAT:**

1.    *Jurisdiction*.  This Court has core jurisdiction over these bankruptcy cases, the

Motion, and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334.

Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    *Use of Prepetition Collateral.*  Pursuant to this order (the "Final Cash Collateral

Order"), the Debtors are hereby authorized to use the cash collateral of the FDIC-R, Dearborn

Wholesale Grocers LP ("Dearborn") or of any other secured creditor (collectively, the "Cash

Collateral") or to use cash that may be subject to the PACA Trusts (and may not be property of the Debtors or their estates) pursuant to sections 361, 363 and 552 of the Bankruptcy Code and any other collateral in which the FDIC-R, Dearborn or any other secured creditor or the PACA Claimants has an interest (together with the Cash Collateral, the "Prepetition Collateral") to pay the Debtors' operating and overhead expenses, as more specifically described in the budgets attached hereto as **Exhibits A** and **B** (collectively, the "Operating Budget"); provided, however, that only Debtors DMM Produce, Inc. (Harvey Fresh Market), CP No. 3, Inc. (Cermak Produce), Mayfair Market Place, Inc., Jenor, LLC-Michael's Fresh Market (Naperville), North Avenue Fresh Market, Inc. and 2820-30 North Cicero, LLC are authorized to use Cash Collateral hereunder.[2]

3.     *Adequate Protection.*   As adequate protection, the Debtors shall continue operating their businesses and use the Cash Collateral to pay operating and overhead expenses, as more specifically described in the Operating Budget, and the FDIC-R, Dearborn and each other secured creditor are hereby granted replacement liens; provided, however, that any such replacement liens shall apply only to any category of post-petition collateral in which that secured creditor held a valid, perfected security interest as of the Petition Date.  In addition, any replacement liens shall attach in favor of a secured creditor in the order of priority of its secured claim relative to other secured claims, shall attach only to the extent and in the amount that it held a valid, perfected "secured claim" in property of a Debtor pursuant to section 506(a) of the Bankruptcy Code in that category of collateral as of the Petition Date and shall pertain only to categories of property owned by the same Debtor(s) with respect to whom that creditor held a secured claim on the Petition Date.  The Debtors hereby waive any right to surcharge the

---

[2] The FDIC-R and Dearborn do not consent to the use of Cash Collateral by any Debtor not set forth in this Paragraph 2.

Prepetition Collateral or any postpetition collateral pursuant to sections 105, 506(c), 552 of the Bankruptcy Code or otherwise for the periods during which the Debtors had use of the Cash Collateral pursuant to the First, Second, Third, Fourth and Fifth Interim Orders.  As adequate protection, the Debtors will grant the PACA Claimants a super-priority lien in the amount of the PACA Trusts, as determined by the Court, in the amount that the assets are dissipated or depleted, if any, also as determined by the Court.  As further adequate protection, the Debtors shall provide the FDIC-R, the Official Committee of Unsecured Creditors (the "Committee"), Dearborn, any other secured party and the PACA Claimants with budget-to-actual reports not later than the tenth (10th) business day of each month which cover the preceding month, and shall further provide the FDIC-R, the Committee, Dearborn any other secured party and the PACA Claimants with such additional financial reports as such parties may reasonably request from time to time in writing.  All issues pertaining to the validity, priority, amount and perfection of liens and security interests (including replacement liens) are reserved for later determination by the Court, as are all issues with respect to claims and other issues arising under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, et. seq. ("PACA").

4.      *Funding of PACA Trust Account*.  The Debtors shall make weekly deposits of $15,000 (in the aggregate) into the PACA Trust Account (as defined in the Second Interim Order) until the expiration of this Final Cash Collateral Order or further order of the Court.  All allowed PACA claims shall participate pro rata in the ownership of the PACA Trust Account and any distributions therefrom shall be made pursuant to the further order of this Court.  The PACA Trust Account shall continue to be operated as a fiduciary account for the benefit of the holders of all allowed claims under PACA.  The PACA Trust Account shall not be subject to execution, levy or attachment by any creditor without further order of this Court.  The Debtors and the

PACA Claimants shall discuss further deposits by the Debtors into the PACA Trust Account, and the Debtors are authorized to make additional deposits into the PACA Trust Account as may be agreed to in writing with the PACA Claimants. The Debtors' funding of the PACA Trust Account does not limit the rights of any of the PACA Claimants to seek relief from any Debtor or from any asset of any Debtor.

5.      *Adequate Protection of FDIC-R with Respect to the Shopping Center.* Compliance Payment of contractual non-default interest in the aggregate amount of $30,797.70 not later than the fifth (5) business day of each month, plus compliance with the Operating Budget attached as **Exhibit B**, shall serve as adequate protection for the interests of the FDIC-R with respect to its mortgage rights and assignments of rents with respect to the shopping center owned by 2820-30 N. Cicero, LLC. Objections to the claims, liens and security interests of the FDIC-R are fully reserved, however; this reservation of rights shall include, without limitation, all of the Debtors' rights to challenge the validity, perfection, priority, amount and voidability of any of the FDIC-R's security interests and liens, and all of the Debtors' defenses, counterclaims, setoff rights, rights to seek equitable subordination and equitable disallowance of the FDIC-R's claims and liens, and other rights and remedies against the FDIC-R and its claims. The FDIC-R and the Debtors further reserve all of their respective rights with respect to the value of the foregoing shopping center, adequate protection, including without limitation whether payment of contractual non-default interest constitutes adequate protection of the FDIC-R's interests under sections 361 and 362(d)(1) of the Bankruptcy Code, and all related issues, except as provided expressly in this Final Cash Collateral Order.

6.      *Expense Priority; Carve-Outs for Professionals.* So long as this Final Cash Collateral Order remains in effect, any security interests, liens and priority claims granted herein

to the FDIC-R, any other secured creditor, or the PACA Claimants shall have priority with respect to the Prepetition Collateral, including the Cash Collateral, over all costs and expenses of administration incurred and shall have priority over any and all unsecured claims and expenses in these Chapter 11 cases, whether incurred or arising prior or subsequent to the entry of this Final Cash Collateral Order, except for: (a) claims for fees payable to the United States Trustee under 28 U.S.C. § 1930(a); (b) allowable unpaid fees and expenses (*i.e.*, any fees and expenses that remain unpaid after payments received pursuant to any interim fee payment approved by this Court) of professionals retained by the Debtors with Court approval accrued through the date on which authority to use Cash Collateral terminates hereunder, not to exceed $150,000 in the aggregate, or such other additional amounts as the Debtors, the FDIC-R and the PACA Claimants may agree or the Court may approve (the "Debtors' Professionals' Carve-Out"); (c) up to $50,000 for fees and expenses for counsel retained by the Committee (the "Committee Carve-Out"); and (d) payment of obligations incurred under the Operating Budget, and due and owing, prior to the occurrence of a Termination Event (as defined in Paragraph 8 below). The rights of the Debtors' professionals in respect to the Debtors' Professionals' Carve-Out provided in clause (b) and the rights of the Committee's counsel with respect to the Committee Carve-Out in clause (c) hereof shall survive the occurrence of a Termination Event, and the Debtors and the Committee reserve the right to request that the Court modify the amounts allocated to the Debtors' Professionals' Carve-Out and the Committee Carve-Out set forth in this Paragraph 6. The provisions of this Paragraph 6 do not limit the Debtors' ability to pay their professionals (i) according to the Operating Budget following approval by the Court if a Termination Event does not occur, or (ii) from retainers, or (iii) from the proceeds of sales of assets or financing transactions approved by the Court. The rights of any party in interest with requisite standing are

reserved with respect to the allocation of the Debtors' Professionals' Carve-Out and the Committee Carve-Out amongst the various Debtors.  Notwithstanding anything to the contrary set forth in this Final Cash Collateral Order, the Debtors' Professionals' Carve-Out and the Committee Carve-Out shall not be paid from the PACA Trust Account.

7.      *Challenge of Prepetition FDIC-R Liens and Prepetition Indebtedness*.  Not later than May 16, 2012,[3] the Debtors, the Committee and any other party in interest with requisite standing shall file with the Court and provide written notice to the FDIC-R of its intention to bring any adversary proceeding, contested matter, objection or other action challenging the existence, legality, validity, enforceability, or amount of the Debtors' prepetition indebtedness to the FDIC-R and/or the existence, extent, legality, validity, perfection, priority, or enforceability of the FDIC-R's prepetition liens or interests, including, without limitation, issues related to equitable subordination and equitable disallowance, with such notice to include the general basis therefor (a "Challenge"); provided, however, that the period for the Debtors or the Committee to file a Challenge may be extended beyond May 16, 2012 by the Court pursuant to an agreed order of the Debtors, the Committee and the FDIC-R to such extension.

8.      *Termination of Use of Cash Collateral.*  Notwithstanding anything to the contrary contained herein, the Debtors' right to use the Cash Collateral as set forth herein shall expire upon the occurrence of one or more of the following Termination Events:

(a)      entry of an order converting the Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code;

(b)      entry of an order dismissing or suspending the Chapter 11 cases;

(c)      the payment by the Debtors, without the written consent of the FDIC-R,

---

[3] The Fifth Interim Order established a Challenge deadline of April 16, 2012; however, that deadline was extended by entry of an Agreed Order [Dkt. No. 194].

Dearborn, the PACA Claimants or any other respective secured creditor in each instance, of aggregate disbursements on a cumulative basis for the period from Monday of the calendar week after which this case was filed through the end of each calendar week thereafter, taking each such period as one accounting period, in excess of, respectively, 125% of such disbursements projected to be made in the Operating Budget for each such respective period thereafter; or

(d)     the Debtors breach or otherwise fail to abide by any of the terms or provisions of the Final Cash Collateral Order or Final Order.

9.      On and after five (5) business days' written notification by electronic transmission to the Debtors' counsel of the occurrence of a Termination Event, the Debtors shall immediately cease using any of the Cash Collateral; provided, however, that the Debtors reserve the right to seek Court authorization to continue to use such Cash Collateral, and the FDIC-R and each other secured creditor and the PACA Claimants reserves the right to oppose such relief.

10.     *Operating Budget*.  Not later than fourteen (14) days prior to the expiration of the Operating Budget then in effect, the Debtors shall file with the Court and serve upon counsel to the FDIC-R, counsel to the Committee, counsel to Dearborn and counsel to each of the PACA Claimants a proposed Operating Budget for the following 13-week period.

11.     *Effectiveness*.  This Final Cash Collateral Order shall take effect immediately upon execution hereof; provided, however, that this Final Cash Collateral Order shall be without prejudice to the rights of all creditors, including the FDIC-R, Dearborn, the PACA Claimants, and the Debtors to make legal arguments or contest factual matters in any future proceedings, contested matters, adversary proceedings or other disputes, except as provided expressly in this Final Cash Collateral Order.

12.     *Reservation of Rights*.   All of the rights of the Debtors, the U.S. Trustee, the

Committee, and any other party in interest with requisite standing to challenge the FDIC-R's and

any other creditor's claims, security interests and liens in any respect are fully reserved,

including, without limitation, the Debtors' rights to challenge the existence of the PACA Trusts

and the claims of the PACA Claimants.

13.     *Notice*.   On or before seven (7) business days following the entry of this Final

Cash Collateral Order, the Debtors shall serve a copy of this Final Cash Collateral Order via

First-Class U.S. mail upon: (a) the United States Trustee; (b) the Committee and its counsel; (c)

the FDIC-R and its counsel; (d) any entity that has an interest in the Cash Collateral; (e) the

consolidated list of the twenty (20) largest creditors in the Debtors' jointly-administered cases;

(f) any party who filed a request for notices in these Chapter 11 cases pursuant to Bankruptcy

Rule 2002 as of the date of this Final Cash Collateral Order; (g) the Federal Deposit Insurance

Corporation; and (h) the Illinois Department of Financial & Professional Regulation.

14.     *Status Hearing.*   A status hearing on the Debtors' continued use of the Prepetition

Collateral, including Cash Collateral, shall be held before the Honorable Carol A. Doyle on

_____, 2012 at 10:30 a.m.


Dated: _____                    _____
                                         Honorable Carol A. Doyle
                                         United States Bankruptcy Judge

**EXHIBIT A**

OPERATING BUDGET

{33599: 002: 00850808.DOC :5 }

# Mayfair Market Place

| | 14 5/10 to 5/16 | 15 5/17 to 5/23 | 16 5/24 to 5/30 | 17 5/31 to 6/6 | 18 6/7 to 6/13 | 19 6/14 to 6/20 | 20 6/21 to 6/27 | 21 6/28 to 7/4 | 22 7/5 to 7/11 | 23 7/12 to 7/18 | 24 7/19 to 7/25 | 25 7/26 to 8/1 | 26 8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | |
| Daily Sales | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 2,145,000 |
| **Total Income** | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 2,145,000 |
| | | | | | | | | | | | | | | |
| Cost of Goods Sold % | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% |
| Cost Of Goods | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 1,544,400 |
| **Total COGS** | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 1,544,400 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 46,200 | 600,600 |
| | | | | | | | | | | | | | | |
| **Expense** | | | | | | | | | | | | | | |
| Total Advertising Expenses | 1,126 | 3,499 | 2,486 | 942 | 1,175 | 2,379 | 1,039 | 3,702 | 1,213 | 3,695 | 2,443 | 1,191 | 1,256 | 26,144 |
| Total Auto / Transportation | 264 | 608 | 280 | 300 | 293 | 508 | 200 | 100 | 164 | 255 | 208 | 2,703 | 64 | 5,947 |
| Total Bank Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Credit Card Charges | 1,912 | 648 | 654 | 687 | 1,974 | 813 | 466 | 752 | 1,808 | 575 | 646 | 894 | 694 | 12,523 |
| Total Insurance | 4,466 | 778 | 915 | 7,204 | 861 | 869 | 4,996 | 3,046 | 877 | 885 | 6,970 | 346 | 877 | 33,089 |
| Total Lease | 4,853 | 0 | 1,047 | 0 | 0 | 4,853 | 1,047 | 4,853 | 0 | 0 | 1,047 | 0 | 0 | 17,703 |
| Total Licenses & Other Taxes/Fees | 0 | 0 | 325 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 325 |
| Total Maintenance and Repairs | 0 | 562 | 116 | 247 | 40 | 95 | 341 | 0 | 0 | 0 | 333 | 513 | 0 | 2,248 |
| Total Rent | 18,717 | 3,600 | 0 | 0 | 18,717 | 3,600 | 0 | 0 | 0 | 18,717 | 3,600 | 0 | 0 | 66,950 |
| Total Salaries/Wages | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 325,000 |
| Total Supplies | 1,536 | 2,681 | 2,517 | 963 | 1,539 | 1,604 | 1,326 | 1,398 | 3,799 | 979 | 1,898 | 1,271 | 950 | 22,462 |
| Total PACA | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| Total Utilities | 4,030 | 606 | (360) | 4,337 | 200 | 0 | (335) | 3,390 | 4,289 | 693 | 100 | 632 | 2,044 | 19,626 |
| Total Vendor Delivery Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 175 | 0 | 0 | 0 | 182 | 507 |
| **Total Expense** | 64,904 | 40,983 | 35,980 | 42,680 | 52,799 | 42,721 | 37,082 | 45,391 | 40,323 | 53,798 | 45,245 | 35,550 | 34,068 | 571,524 |
| | | | | | | | | | | | | | | |
| | (18,704) | 5,217 | 10,220 | 3,520 | (6,599) | 3,479 | 9,118 | 809 | 5,877 | (7,598) | 955 | 10,650 | 12,132 | 29,076 |

# Mayfair Market Place

| | 5/10 to 5/16 | 5/17 to 5/23 | 5/24 to 5/30 | 5/31 to 6/6 | 6/7 to 6/13 | 6/14 to 6/20 | 6/21 to 6/27 | 6/28 to 7/4 | 7/5 to 7/11 | 7/12 to 7/18 | 7/19 to 7/25 | 7/26 to 8/1 | 8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ending Cash Balance** | (6,092) | (24,796) | (19,579) | (9,360) | (5,840) | (12,439) | (8,960) | 159 | 968 | 6,845 | (754) | 201 | 10,851 | |
| **Sales** | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | 165,000 | |
| | 158,908 | 140,204 | 145,421 | 155,640 | 159,160 | 152,561 | 156,040 | 165,159 | 165,968 | 171,845 | 164,246 | 165,201 | 175,851 | |
| **Cost of Goods Sold** | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | 118,800 | |
| **Expenses** | 64,904 | 40,983 | 35,980 | 42,680 | 52,799 | 42,721 | 37,082 | 45,391 | 40,323 | 53,798 | 45,245 | 35,550 | 34,068 | |
| | 183,704 | 159,783 | 154,780 | 161,480 | 171,599 | 161,521 | 155,882 | 164,191 | 159,123 | 172,598 | 164,045 | 154,350 | 152,868 | |
| | (24,796) | (19,579) | (9,360) | (5,840) | (12,439) | (8,960) | 159 | 968 | 6,845 | (754) | 201 | 10,851 | 22,984 | |

# North Avenue Fresh Market

| | 14 5/10 to 5/16 | 15 5/17 to 5/23 | 16 5/24 to 5/30 | 17 5/31 to 6/6 | 18 6/7 to 6/13 | 19 6/14 to 6/20 | 20 6/21 to 6/27 | 21 6/28 to 7/4 | 22 7/5 to 7/11 | 23 7/12 to 7/18 | 24 7/19 to 7/25 | 25 7/26 to 8/1 | 26 8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | | |
| **Daily Sales** | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 2,015,000 |
| **Total Income** | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 2,015,000 |
| | | | | | | | | | | | | | | |
| Cost of Goods Sold % | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% |
| Cost Of Goods | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 1,450,800 |
| **Total COGS** | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 1,450,801 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 43,400 | 564,199 |
| Expense | | | | | | | | | | | | | | |
| **Total Advertising Expenses** | 3,296 | 3,934 | 2,065 | 3,450 | 5,522 | 3,816 | 3,832 | 3,678 | 4,007 | 3,901 | 3,829 | 3,832 | 3,836 | 48,998 |
| **Total Auto / Transportation** | 70 | 389 | 80 | 30 | 50 | 233 | 70 | 55 | 0 | 95 | 229 | 20 | 25 | 1,347 |
| **Total Bank Charges** | 13 | 0 | 0 | 0 | 13 | 0 | 133 | 150 | 0 | 13 | 0 | 0 | 28 | 350 |
| **Total Credit Card Charges** | 191 | 115 | 252 | 162 | 150 | 167 | 125 | 238 | 137 | 135 | 136 | 116 | 130 | 2,054 |
| **Total Insurance** | 589 | 740 | 779 | 3,777 | 794 | 778 | 505 | 2,932 | 721 | 756 | 2,799 | 623 | 776 | 16,568 |
| **Total Lease** | 165 | 0 | 0 | 210 | 165 | 0 | 0 | 0 | 255 | 0 | 0 | 0 | 255 | 1,049 |
| **Total Licenses & Other Taxes/Fees** | 0 | 0 | 325 | 0 | 0 | 0 | 330 | 0 | 0 | 0 | 0 | 0 | 0 | 655 |
| **Total Maintenance and Repairs** | 1 | 1,460 | 32 | 417 | 329 | 746 | 57 | 50 | 300 | 165 | 226 | 0 | 385 | 4,169 |
| **Total Rent** | 28,000 | 0 | 0 | 0 | 0 | 28,000 | 0 | 0 | 0 | 28,000 | 0 | 0 | 0 | 84,000 |
| **Total Salaries/Wages** | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 286,000 |
| **Total Supplies** | 1,260 | 3,460 | 2,729 | 2,404 | 2,974 | 2,029 | 3,187 | 1,954 | 1,768 | 3,514 | 2,648 | 2,657 | 2,657 | 33,242 |
| **Total PACA** | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| **Total Utilities** | 586 | 10,418 | 79 | 351 | 2,789 | 5,476 | 4,261 | 483 | 0 | 6,071 | 1,182 | 306 | 1,982 | 33,984 |
| **Total Vendor Delivery Expenses** | 130 | 958 | 432 | 0 | 102 | 872 | 440 | 49 | 120 | 120 | 120 | 173 | 187 | 3,704 |
| **Total Expense** | 59,300 | 46,475 | 31,774 | 35,801 | 37,889 | 67,118 | 37,941 | 34,588 | 32,308 | 67,770 | 36,170 | 32,726 | 35,259 | 555,121 |
| **Net Income** | (15,900) | (3,075) | 11,626 | 7,599 | 5,511 | (23,718) | 5,459 | 8,812 | 11,092 | (24,370) | 7,230 | 10,674 | 8,141 | 9,079 |

# North Avenue Fresh Market

| | 5/10 to 5/16 | 5/17 to 5/23 | 5/24 to 5/30 | 5/31 to 6/6 | 6/7 to 6/13 | 6/14 to 6/20 | 6/21 to 6/27 | 6/28 to 7/4 | 7/5 to 7/11 | 7/12 to 7/18 | 7/19 to 7/25 | 7/26 to 8/1 | 8/2 to 8/8 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | | | | | | | | | |
| Ending Cash Balance | 14,130 | (1,770) | (4,845) | 6,780 | 14,379 | 19,889 | (3,828) | 1,631 | 10,443 | 21,535 | (2,835) | 4,395 | 15,069 | | |
| Sales | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | 155,000 | | |
| **Available Cash Balance** | 169,130 | 153,230 | 150,155 | 161,780 | 169,379 | 174,889 | 151,172 | 156,631 | 165,443 | 176,535 | 152,165 | 159,395 | 170,069 | | |
| **Cash Outflows** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | 111,600 | | |
| Expenses | 59,300 | 46,475 | 31,774 | 35,801 | 37,889 | 67,118 | 37,941 | 34,588 | 32,308 | 67,770 | 36,170 | 32,726 | 35,259 | | |
| **Total Cash Outflows** | 170,900 | 158,075 | 143,374 | 147,401 | 149,489 | 178,718 | 149,541 | 146,188 | 143,908 | 179,370 | 147,770 | 144,326 | 146,859 | | |
| **Ending Cash Balance** | (1,770) | (4,845) | 6,780 | 14,379 | 19,889 | (3,828) | 1,631 | 10,443 | 21,535 | (2,835) | 4,395 | 15,069 | 23,209 | | |

# Michael's Fresh Market - Naperville

| | 14 5/10 to 5/16 | 15 5/17 to 5/23 | 16 5/24 to 5/30 | 17 5/31 to 6/6 | 18 6/7 to 6/13 | 19 6/14 to 6/20 | 20 6/21 to 6/27 | 21 6/28 to 7/4 | 22 7/5 to 7/11 | 23 7/12 to 7/18 | 24 7/19 to 7/25 | 25 7/26 to 8/1 | 26 8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | |
| **Daily Sales** | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 2,860,000 |
| **Total Income** | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 2,860,000 |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold %** | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% |
| **Cost Of Goods** | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 2,059,200 |
| **Total COGS** | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 2,059,200 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 800,800 |
| | | | | | | | | | | | | | | |
| **Expense** | | | | | | | | | | | | | | |
| **Total Advertising Expenses** | 6,221 | 5,547 | 5,754 | 5,386 | 8,609 | 5,274 | 4,969 | 2,242 | 7,967 | 5,199 | 5,199 | 5,350 | 5,350 | 73,065 |
| **Total Auto / Transportation** | 1,924 | 752 | 561 | 552 | 242 | 737 | 238 | 514 | 612 | 293 | 548 | 295 | 131 | 7,398 |
| **Total Bank Charges** | 13 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 311 | 13 | 0 | 0 | 85 | 435 |
| **Total Credit Card Charges** | 4,152 | 2,583 | 3,139 | 2,623 | 2,765 | 4,432 | 2,616 | 2,922 | 2,465 | 4,245 | 2,325 | 2,986 | 2,194 | 39,447 |
| **Total Insurance** | 0 | 0 | 0 | 2,201 | 0 | 891 | 892 | 3,120 | 903 | 929 | 3,091 | 817 | 819 | 13,663 |
| **Total Lease** | 290 | 0 | 0 | 30 | 290 | 0 | 0 | 0 | 320 | 0 | 0 | 0 | 320 | 1,250 |
| **Total Licenses & Other Taxes/Fees** | 0 | 0 | 650 | 0 | 0 | 0 | 0 | 0 | 340 | 0 | 685 | 0 | 0 | 1,675 |
| **Total Maintenance and Repairs** | 85 | 4,646 | 2,629 | 0 | 2,178 | 880 | 79 | 79 | 968 | 181 | 82 | 500 | 88 | 12,394 |
| **Total Rent** | 36,632 | 0 | 0 | 0 | 0 | 36,632 | 0 | 0 | 0 | 36,632 | 0 | 0 | 0 | 109,897 |
| **Total Salaries/Wages** | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 351,000 |
| **Total Supplies** | 2,671 | 5,092 | 3,974 | 2,120 | 6,381 | 2,760 | 4,658 | 4,244 | 4,608 | 2,981 | 3,513 | 4,649 | 3,895 | 51,546 |
| **Total PACA** | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| **Total Utilities** | 4,466 | 672 | 17,994 | 254 | 5,895 | 946 | 1,268 | 189 | 7,771 | 1,443 | 968 | 109 | 6,731 | 48,708 |
| **Total Vendor Delivery Expenses** | 643 | 1,013 | 130 | 0 | 400 | 484 | 130 | 280 | 260 | 145 | 145 | 145 | 322 | 4,097 |
| **Total Expense** | 87,097 | 50,304 | 64,831 | 43,166 | 56,773 | 83,037 | 44,850 | 43,591 | 56,525 | 82,061 | 46,555 | 44,850 | 49,935 | 753,575 |
| **Net Income** | (25,497) | 11,296 | (3,231) | 18,434 | 4,827 | (21,437) | 16,750 | 18,009 | 5,075 | (20,461) | 15,045 | 16,750 | 11,665 | 47,225 |

# Michael's Fresh Market - Naperville

| | 5/10 to 5/16 | 5/17 to 5/23 | 5/24 to 5/30 | 5/31 to 6/6 | 6/7 to 6/13 | 6/14 to 6/20 | 6/21 to 6/27 | 6/28 to 7/4 | 7/5 to 7/11 | 7/12 to 7/18 | 7/19 to 7/25 | 7/26 to 8/1 | 8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ending Cash Balance** | 14,136 | (11,361) | (65) | (3,296) | 15,137 | 19,965 | (1,472) | 15,278 | 33,287 | 38,362 | 17,901 | 32,946 | 49,696 | |
| **Sales** | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | |
| **Available Cash Balance** | 234,136 | 208,639 | 219,935 | 216,704 | 235,137 | 239,965 | 218,528 | 235,278 | 253,287 | 258,362 | 237,901 | 252,946 | 269,696 | |
| **Cash Outflows** | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | 158,400 | |
| **Expenses** | 87,097 | 50,304 | 64,831 | 43,166 | 56,773 | 83,037 | 44,850 | 43,591 | 56,525 | 82,061 | 46,555 | 44,850 | 49,935 | |
| **Total Cash Outflows** | 245,497 | 208,704 | 223,231 | 201,566 | 215,173 | 241,437 | 203,250 | 201,991 | 214,925 | 240,461 | 204,955 | 203,250 | 208,335 | |
| **Ending Cash Balance** | (11,361) | (65) | (3,296) | 15,137 | 19,965 | (1,472) | 15,278 | 33,287 | 38,362 | 17,901 | 32,946 | 49,696 | 61,361 | |

# Harvey Fresh Market

| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/10 to 5/16 | 5/17 to 5/23 | 5/24 to 5/30 | 5/31 to 6/6 | 6/7 to 6/13 | 6/14 to 6/20 | 6/21 to 6/27 | 6/28 to 7/4 | 7/5 to 7/11 | 7/12 to 7/18 | 7/19 to 7/25 | 7/26 to 8/1 | 8/2 to 8/8 | |
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | | |
| **Daily Sales** | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 2,340,000 |
| **Total Income** | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 2,340,000 |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold %** | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 68% |
| **Cost Of Goods** | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 1,684,800 |
| **Total COGS** | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 1,684,800 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 655,200 |
| | | | | | | | | | | | | | | |
| Expense | | | | | | | | | | | | | | |
| **Total Advertising Expenses** | 3,316 | 4,102 | 2,199 | 3,686 | 5,684 | 3,981 | 4,045 | 3,962 | 3,856 | 3,835 | 3,933 | 4,270 | 3,956 | 50,827 |
| **Total Auto / Transportation** | 240 | 432 | 70 | 139 | 281 | 562 | 357 | 443 | 680 | 345 | 688 | 326 | 326 | 4,890 |
| **Total Bank Charges** | 13 | 0 | 400 | 0 | 13 | 0 | 0 | 0 | 79 | 13 | 299 | 0 | 28 | 845 |
| **Total Credit Card Charges** | 314 | 2,827 | 430 | 160 | 167 | 1,570 | 144 | 421 | 214 | 290 | 1,365 | 444 | 289 | 8,637 |
| **Total Insurance** | 1,617 | 4,739 | 1,402 | 1,357 | 1,358 | 1,442 | 1,415 | 1,783 | 1,378 | 4,766 | 2,847 | 1,234 | 1,235 | 26,574 |
| **Total Lease** | 0 | 135 | 1,547 | 139 | 0 | 135 | 1,547 | 0 | 259 | 0 | 443 | 1,239 | 259 | 5,702 |
| **Total Licenses & Other Taxes/Fees** | 0 | 0 | 325 | 0 | 0 | 280 | 0 | 0 | 0 | 0 | 0 | 105 | 0 | 710 |
| **Total Maintenance and Repairs** | 850 | 236 | 126 | 293 | 1,099 | 73 | 3,965 | 1,023 | 1,565 | 188 | 2,258 | 1,275 | 290 | 13,241 |
| **Total Rent** | 32,150 | 0 | 0 | 0 | 0 | 32,150 | 0 | 0 | 0 | 32,150 | 0 | 0 | 0 | 96,450 |
| **Total Salaries/Wages** | 22,320 | 25,746 | 26,031 | 24,489 | 25,463 | 26,405 | 25,660 | 24,729 | 25,275 | 23,457 | 24,162 | 24,000 | 24,000 | 321,735 |
| **Total Supplies** | 2,420 | 3,653 | 2,806 | 1,535 | 3,446 | 3,170 | 2,614 | 1,327 | 4,434 | 1,868 | 3,329 | 3,179 | 3,958 | 37,740 |
| **Total Utilities** | 4,073 | 1,232 | 583 | 5,849 | 14,381 | 87 | 2,148 | 1,175 | 6,446 | 1,674 | 384 | 721 | 5,052 | 43,804 |
| **Total PACA** | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| **Total Vendor Delivery Expenses** | 0 | 100 | 424 | 340 | 200 | 210 | 181 | 254 | 162 | 193 | 293 | 354 | 324 | 3,036 |
| **Total Expense** | 70,314 | 46,202 | 39,343 | 40,988 | 55,092 | 73,064 | 45,077 | 38,118 | 47,348 | 71,779 | 43,002 | 40,147 | 42,718 | 653,190 |
| | | | | | | | | | | | | | | |
| **Net Income** | (19,914) | 4,199 | 11,057 | 9,412 | (4,692) | (22,664) | 5,323 | 12,282 | 3,052 | (21,379) | 7,398 | 10,253 | 7,682 | 2,010 |

# Harvey Fresh Market

| | 5/10 to 5/16 | 5/17 to 5/23 | 5/24 to 5/30 | 5/31 to 6/6 | 6/7 to 6/13 | 6/14 to 6/20 | 6/21 to 6/27 | 6/28 to 7/4 | 7/5 to 7/11 | 7/12 to 7/18 | 7/19 to 7/25 | 7/26 to 8/1 | 8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | | | | | | | | |
| Ending Cash Balance | 29,054 | 9,140 | 13,339 | 24,396 | 33,808 | 29,116 | 6,452 | 11,775 | 24,057 | 27,109 | 5,730 | 13,129 | 23,382 | |
| Sales | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | |
| **Available Cash Balance** | 209,054 | 189,140 | 193,339 | 204,396 | 213,808 | 209,116 | 186,452 | 191,775 | 204,057 | 207,109 | 185,730 | 193,129 | 203,382 | |
| **Cash Outflows** | | | | | | | | | | | | | | |
| Cost of Goods Sold | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | |
| Expenses | 70,314 | 46,202 | 39,343 | 40,988 | 55,092 | 73,064 | 45,077 | 38,118 | 47,348 | 71,779 | 43,002 | 40,147 | 42,718 | |
| **Total Cash Outflows** | 199,914 | 175,802 | 168,943 | 170,588 | 184,692 | 202,664 | 174,677 | 167,718 | 176,948 | 201,379 | 172,602 | 169,747 | 172,318 | |
| **Ending Cash Balance** | 9,140 | 13,339 | 24,396 | 33,808 | 29,116 | 6,452 | 11,775 | 24,057 | 27,109 | 5,730 | 13,129 | 23,382 | 31,064 | |

# Cermak Produce No. 3

| | 14<br>5/10 to 5/16 | 15<br>5/17 to 5/23 | 16<br>5/24 to 5/30 | 17<br>5/31 to 6/6 | 18<br>6/7 to 6/13 | 19<br>6/14 to 6/20 | 20<br>6/21 to 6/27 | 21<br>6/28 to 7/4 | 22<br>7/5 to 7/11 | 23<br>7/12 to 7/18 | 24<br>7/19 to 7/25 | 25<br>7/26 to 8/1 | 26<br>8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | |
| Daily Sales | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 2,340,000 |
| Total Income | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 200,000 | 180,000 | 2,340,000 |
| Cost of Goods Sold % | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% |
| Cost Of Goods | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 1,684,800 |
| Total COGS | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 1,684,800 |
| **Gross Profit** | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 70,400 | 50,400 | 655,200 |
| **Expense** | | | | | | | | | | | | | | |
| Total Advertising Expenses | 1,249 | 3,811 | 4,716 | 2,979 | 4,681 | 3,192 | 3,420 | 3,135 | 3,151 | 3,139 | 3,166 | 3,149 | 2,024 | 41,812 |
| Total Auto / Transportation | 299 | 510 | 350 | 248 | 303 | 343 | 795 | 301 | 445 | 523 | 278 | 70 | 816 | 5,280 |
| Total Bank Charges | 13 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 1,148 | 1,187 |
| Total Credit Card Charges | 0 | 0 | 3,811 | 0 | 3,463 | 0 | 0 | 300 | 3,050 | 50 | 38 | 300 | 27 | 11,039 |
| Total Insurance | 0 | 0 | 4,580 | 0 | 0 | 0 | 4,580 | 0 | 0 | 0 | 6,240 | 75 | 0 | 15,474 |
| Total Lease | 155 | 0 | 0 | 0 | 0 | 397 | 0 | 0 | 0 | 96 | 0 | 0 | 0 | 648 |
| Total Licenses & Other Taxes/Fees | 0 | 0 | 325 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 | 0 | 0 | 395 |
| Total Maintenance and Repairs | 248 | 530 | 3,355 | 190 | 1,592 | 5,390 | 40 | 440 | 507 | 3,140 | 480 | 125 | 140 | 16,177 |
| Total Rent | 10,000 | 0 | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 | 30,000 |
| Total Salaries/Wages | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 383,500 |
| Total Supplies | 3,694 | 3,550 | 3,859 | 2,478 | 3,303 | 2,215 | 3,205 | 2,963 | 3,032 | 2,030 | 3,127 | 2,679 | 2,879 | 39,016 |
| Total PACA | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| Total Repay Taxes | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 |
| Total Utilities | 1,144 | 1,604 | 0 | 2,046 | 5,483 | 2,710 | 1,056 | 3,708 | 4,207 | 0 | 1,226 | 2,906 | 3,236 | 29,326 |
| Total Vendor Delivery Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Expense | 51,303 | 44,504 | 55,495 | 42,442 | 53,339 | 58,747 | 47,595 | 45,348 | 48,891 | 53,490 | 49,125 | 43,805 | 44,770 | 638,854 |
| **Net Income** | (903) | 5,896 | (5,095) | 7,958 | (2,939) | (8,347) | 2,805 | 5,052 | 1,509 | (3,090) | 1,275 | 26,595 | 5,630 | 16,346 |

# Cermak Produce No. 3

| | 5/10 to 5/16 | 5/17 to 5/23 | 5/24 to 5/30 | 5/31 to 6/6 | 6/7 to 6/13 | 6/14 to 6/20 | 6/21 to 6/27 | 6/28 to 7/4 | 7/5 to 7/11 | 7/12 to 7/18 | 7/19 to 7/25 | 7/26 to 8/1 | 8/2 to 8/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | | | | | | | | |
| Ending Cash Balance | 74,817 | 73,914 | 79,810 | 74,715 | 82,673 | 79,734 | 71,387 | 74,192 | 79,244 | 80,752 | 77,662 | 78,938 | 105,533 | |
| Sales | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 200,000 | 180,000 | |
| **Available Cash Balance** | 254,817 | 253,914 | 259,810 | 254,715 | 262,673 | 259,734 | 251,387 | 254,192 | 259,244 | 260,752 | 257,662 | 278,938 | 285,533 | |
| **Cash Outflows** | | | | | | | | | | | | | | |
| Cost of Goods Sold | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | 129,600 | |
| Expenses | 51,303 | 44,504 | 55,495 | 42,442 | 53,339 | 58,747 | 47,595 | 45,348 | 48,891 | 53,490 | 49,125 | 43,805 | 44,770 | |
| **Total Cash Outflows** | 180,903 | 174,104 | 185,095 | 172,042 | 182,939 | 188,347 | 177,195 | 174,948 | 178,491 | 183,090 | 178,725 | 173,405 | 174,370 | |
| **Ending Cash Balance** | 73,914 | 79,810 | 74,715 | 82,673 | 79,734 | 71,387 | 74,192 | 79,244 | 80,752 | 77,662 | 78,938 | 105,533 | 111,163 | |

**EXHIBIT B**

OPERATING BUDGET
(FOR 2820-30 NORTH CICERO, LLC)

# 2820-30 North Cicero, LLC

| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/10 to 5/16 | 5/17 to 5/23 | 5/24 to 5/30 | 5/31 to 6/6 | 6/7 to 6/13 | 6/14 to 6/20 | 6/21 to 6/27 | 6/28 to 7/4 | 7/5 to 7/11 | 7/12 to 7/18 | 7/19 to 7/25 | 7/26 to 8/1 | 8/2 to 8/8 | |
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| Income | | | | 38,605 | | | | 38,605 | | | | | 38,605 | 115,815 |
| Expense | | | | | | | | | | | | | | |
| Interest to FDIC | | | 33,000 | | | | 33,000 | | | | | 33,000 | | 99,000 |
| Manager Compensation | | | | 2,500 | | | | 2,500 | | | | | 2,500 | 7,500 |
| Maintenance | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 10,832 |
| Insurance | | | | 1,150 | | | | 1,150 | | | | | 1,150 | 3,450 |
| Other Expenses | | | | 500 | | | | 500 | | | | | 500 | 1,500 |
| Professional (incl. accrued legal) | | | | 5,000 | | | | 5,000 | | | | | 5,000 | 15,000 |
| Taxes (accrued) | | | | 11,000 | | | | 11,000 | | | | | 11,000 | 33,000 |
| **Total Expense** | 833 | 833 | 33,833 | 20,983 | 833 | 833 | 33,833 | 20,983 | 833 | 833 | 833 | 33,833 | 20,983 | 170,282 |
| **Net Income** | **(833)** | **(833)** | **(33,833)** | **17,621** | **(833)** | **(833)** | **(33,833)** | **17,622** | **(833)** | **(833)** | **(833)** | **(33,833)** | **17,622** | **(54,468)** |
| **Beginning Balance** | | | | | | | | | | | | | | |
| Ending Cash Balance | 75,012 | 74,179 | 73,346 | 39,512 | 57,134 | 56,300 | 55,467 | 21,634 | 39,256 | 38,422 | 37,589 | 36,756 | 2,923 | |
| Sales | 0 | 0 | 0 | 38,605 | 0 | 0 | 0 | 38,605 | 0 | 0 | 0 | 0 | 38,605 | |
| Available Cash Balance | 75,012 | 74,179 | 73,346 | 78,117 | 57,134 | 56,300 | 55,467 | 60,239 | 39,256 | 38,422 | 37,589 | 36,756 | 41,528 | |
| **Cash Outflows** | | | | | | | | | | | | | | |
| Expenses | 833 | 833 | 33,833 | 20,983 | 833 | 833 | 33,833 | 20,983 | 833 | 833 | 833 | 33,833 | 20,983 | |
| **Total Cash Outflows** | 833 | 833 | 33,833 | 20,983 | 833 | 833 | 33,833 | 20,983 | 833 | 833 | 833 | 33,833 | 20,983 | |
| **Ending Cash Balance** | 74,179 | 73,346 | 39,512 | 57,134 | 56,300 | 55,467 | 21,634 | 39,256 | 38,422 | 37,589 | 36,756 | 2,923 | 20,544 | |