UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 (jointly administered) |
| | ) | |
| MICHAEL'S MARKET, INC., *et al.*,[1] | ) | Case No. 11-52013 |
| | ) | |
| Debtors. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Hearing: May 29, 2013 at 10:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **May 29, 2013 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in the courtroom usually occupied by her, Courtroom No. 742, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Fees and Expenses for Debtors 2820-30 North Cicero, LLC, 4815 W. Wolfram, LLC, CP No. 3, Inc. f/k/a Cermak Produce No. 3, Inc., DMM Produce, Inc., North Avenue Fresh Market, LLC, Mayfair Market Place, Inc., Jenor, LLC, Jenor, LLC – Michael's Fresh Market, and Jenor, LLC – Downers Grove**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: May 8, 2013                                    MICHAEL'S MARKET, INC. AND ITS
                                                     AFFILIATED DEBTORS


                                                     By: /s/ *David L. Kane*
                                                         One of Their Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

---

[1] The Debtors are the following entities: Michael's Market, Inc. (Case No. 11-52013), 2820-30 North Cicero, LLC (Case No. 11-52017), 4815 W. Wolfram, LLC (Case No. 11-52020), CP No. 3, Inc. f/k/a Cermak Produce No. 3, Inc. (Case No. 11-52028), DMM Produce, Inc. (Case No. 11-52024), North Avenue Fresh Market, LLC (Case No. 11-52032), Mayfair Market Place, Inc. (Case No. 11-52035), Jenor, LLC (Case No. 11-52043), Jenor, LLC – Michael's Fresh Market (Case No. 11-52042), and Jenor, LLC – Downers Grove (Case No. 11-52045).

{33599: 002: 01124372.DOC : }

## **CERTIFICATE OF SERVICE**

      I, David L. Kane, an attorney, certify that on May 8, 2013, I caused copies of the attached **Notice of Motion** and **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Fees and Expenses for Debtors 2820-30 North Cicero, LLC, 4815 W. Wolfram, LLC, CP No. 3, Inc. f/k/a Cermak Produce No. 3, Inc., DMM Produce, Inc., North Avenue Fresh Market, LLC, Mayfair Market Place, Inc., Jenor, LLC, Jenor, LLC – Michael's Fresh Market, and Jenor, LLC – Downers Grove** to be served via electronic notice on the parties registered in the Court's CM/ECF system, as noted below:

                                                      By: */s/ David L. Kane*

**Served via CM/ECF electronic notice:**

- Andrew J Abrams    aabrams@boodlaw.com, bjabaay@boodlaw.com
- Marshall L Blankenship    mblankenship@adlmb.com
- Lawrence W. Byrne    lbyrne@pedersenhoupt.com, njohnston@pedersenhoupt.com;ccastro@pedersenhoupt.com
- William D Cherny    wcherny@wideopenwest.com
- Mark D Conzelmann    mconzelmann@tresslerllp.com, chicagodocket@tresslerllp.com
- Monette W Cope    ecfnil@weltman.com
- Gabrielle M D'Adamo    gdadamo@johnstongreene.com, agreene@johnstongreene.com;mmeneghini@johnstongreene.com;sschmidt@johnstongreene.com
- Steven M De Falco    sdefalco@meuerslawfirm.com, lcastle@meuerslawfirm.com,lrogers@meuerslawfirm.com
- John S. Delnero    john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com
- Jeffrey D Eaton    jeaton@schiffhardin.com
- Mary J Fassett    mjf@mccarronlaw.com
- Jeffrey L. Gansberg    jgansberg@muchshelist.com, nsulak@muchshelist.com
- David Gold    dgold@perkinscoie.com, jmatamoros@perkinscoie.com
- Brian M. Graham    bgraham@pedersenhoupt.com
- Jacqueline M Helmrick    jhelmrick@agdglaw.com, wserritella@agdglaw.com
- Timothy M Hughes    thughes@lavellelaw.com
- Julie A. Johnston-Ahlen    jjohnston-ahlen@novackandmacey.com, mbianchi@novackmacey.com
- William B Kohn    kohn@wbkohnlaw.com
- Forrest B Lammiman    flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Joanne Lee    jlee@foley.com, khall@foley.com
- Robert B. Marcus    rmarcus@attorneymm.com, mail@attorneymm.com
- Jenny R McGovern    jmcgovern@mcdonaldhopkins.com, smcdonald@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

- Bryan Minier    bminier@pedersenhoupt.com
- Karen Newbury    knewbury@schiffhardin.com, edocket@schiffhardin.com;rkaferly@schiffhardin.com
- Jeffrey B Rose    jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- Konstantine T. Sparagis    gsparagi@yahoo.com, mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietroester@msn.com;gus@bestclientinc.com
- Shaun D Sperling    ssperling@agdglaw.com, molson@agdglaw.com
- L. Judson Todhunter    JTodhunter@howardandhoward.com
- Jason M Torf    jtorf@schiffhardin.com, edocket@schiffhardin.com
- James M True    mtrue@murphydesmond.com, bthill@murphydesmond.com
- Mark R Valley    mvalley@lawmrv.com, mcaiazzo@lawmrv.com
- Bruce L Wald    bwald@tishlerandwald.com
- Daniel A Zazove    docketchi@perkinscoie.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 (jointly administered) |
| | ) | |
| MICHAEL'S MARKET, INC., *et al.*,[2] | ) | Case No. 11-52013 |
| | ) | |
| Debtors. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Hearing: May 29, 2013 at 10:30 a.m. |

**FINAL APPLICATION OF MELTZER, PURTILL & STELLE LLC
FOR ALLOWANCE OF FEES AND EXPENSES FOR DEBTORS 2820-30 NORTH
CICERO, LLC, 4815 W. WOLFRAM, LLC, CP NO. 3, INC. F/K/A CERMAK PRODUCE
NO. 3, INC., DMM PRODUCE, INC., NORTH AVENUE FRESH MARKET, LLC,
MAYFAIR MARKET PLACE, INC., JENOR, LLC, JENOR, LLC – MICHAEL'S
FRESH MARKET, AND JENOR, LLC – DOWNERS GROVE**

Meltzer, Purtill & Stelle LLC ("MPS"), counsel to Michael's Market, Inc. and its affiliated chapter 11 debtors, debtors and debtors-in-possession in the above-captioned jointly administered cases (collectively, the "Debtors"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2), hereby applies (the "Final Application") for entry of an order allowing as final the amount of $623,262.50 for legal services rendered and $31,919.85 for expenses incurred during the period from December 30, 2011 to April 30, 2013 (the "Final Period"). MPS seeks final allowance of an administrative claim in the amounts sought herein, but does not seek further payment from the Debtors' estates of any of its fees or expenses allowed pursuant to this Final Application. In support of its Final Application, MPS respectfully states as follows:

---

[2] The Debtors are the following entities: Michael's Market, Inc. (Case No. 11-52013), 2820-30 North Cicero, LLC (Case No. 11-52017), 4815 W. Wolfram, LLC (Case No. 11-52020), CP No. 3, Inc. f/k/a Cermak Produce No. 3, Inc. (Case No. 11-52028), DMM Produce, Inc. (Case No. 11-52024), North Avenue Fresh Market, LLC (Case No. 11-52032), Mayfair Market Place, Inc. (Case No. 11-52035), Jenor, LLC (Case No. 11-52043), Jenor, LLC – Michael's Fresh Market (Case No. 11-52042), and Jenor, LLC – Downers Grove (Case No. 11-52045).

{33599: 002: 01124372.DOC : }

## INTRODUCTION

1. This Court has jurisdiction over this Final Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On December 30, 2011 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned chapter 11 cases. These chapter 11 cases are being jointly administered for procedural purposes only.

3. On January 19, 2012, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Committee") in these cases.

4. On January 26, 2012, the Court entered the *Order Granting Application to Employ and Retain Meltzer, Purtill and Stelle LLC as Attorneys for the Debtors Pursuant to 11 U.S.C §§ 327(a) and 329* [Dkt. No. 93], approving the employment of MPS as counsel to the Debtors retroactive to the Petition Date.

5. On December 20, 2012, the Court entered an Order [Dkt. 494] (the "Mayfair Fee Order") allowing in part MPS's first interim fee application [Dkt. No. 455] (the "First MPS Fee Application") in the amount of $95,000.00. The fees allowed pursuant to the Mayfair Fee Order relate solely to Debtor Mayfair Market Place, Inc. (the "Mayfair Debtor"), and the $95,000.00 paid to MPS on account of its allowed claim against the Mayfair Debtor was paid from an administrative professionals' fund created from the proceeds derived from the sale of substantially all of the assets of the Mayfair Debtor.

6. Multiple parties filed objections to the non-Mayfair Debtor portion of the First MPS Fee Application on the basis that the fees sought therein were not apportioned amongst the various Debtors. Following allowance and payment of MPS' fees pursuant to the Mayfair Fee Order, MPS withdrew the remaining non-Mayfair Debtor portion of the First MPS Fee Application [Dkt. No. 645]. This Final Application replaces the withdrawn First MPS Fee Application with respect to all amounts not otherwise allowed pursuant to the Mayfair Fee Order.

7. On February 28, 2013, the Court entered orders [Dkt. Nos. 616 and 617] approving the Debtors' settlement agreements with the FDIC-R and the PACA Creditors, respectively. Pursuant to the settlement agreement with the PACA Creditors (the "PACA Settlement"), MPS agreed to (a) return the balance of its retainer to the PACA Creditors in the amount of $78,836.69 and (b) forgo payment from the Debtors' estates for any of the fees or expenses that may be allowed pursuant to this Final Application; provided, however, MPS retained the right to seek allowance and payment of its fees and expenses related only to Debtor Michael's Market, Inc. (the "Hyde Park Debtor") from the sale of its assets.[3]

8. On March 1, 2013, the Court entered an order [Dkt. No. 618] approving the sale of substantially all of the assets of Debtors 2820-30 North Cicero, LLC, 4815 W. Wolfram, LLC, CP No. 3, Inc. f/k/a Cermak Produce No. 3, Inc., DMM Produce, Inc., and North Avenue Fresh Market, LLC (collectively, the "Selling Debtors"). The Debtors established a $60,000 reserve from the sale proceeds for the payment on a pro rata basis of allowed administrative claims against the Selling Debtors. Notwithstanding the forgoing, MPS has agreed not to seek payment from the administrative claim reserve of any amounts allowed pursuant to this Final Application.

---

[3] MPS will file a separate fee application for services performed for the Hyde Park Debtor, and will seek payment of such fees from the Hyde Park Debtor's estate.

{33599: 002: 01124372.DOC : }

## RELIEF REQUESTED

9. MPS seeks entry of an order (a) allowing on a final basis its fees and expenses set forth in this Final Application and (b) allowing on a final basis the fees allowed pursuant to the Mayfair Fee Order. Notwithstanding the foregoing, <u>MPS does not seek any additional payments from the Debtors' estates on the fee and expense claim allowed pursuant to this Final Application</u>.

**General Invoice**

10. The majority of time billed by MPS professionals in their representation of the Debtors is spread equally over nine (9) of the Debtors (excluding the Hyde Park Debtor), and the majority of tasks performed affect multiple Debtors simultaneously. This is particularly the case with research, pleadings, hearings and client correspondence and conferences. As such, MPS has billed its time on a task-based system under a general master invoice for the majority of its tasks affecting all of the Debtors (the "<u>General Invoice</u>"). A complete copy of the master General Invoice for all Debtors is attached hereto as **Schedule 1**. Notwithstanding the forgoing, MPS has separately invoiced all fees related to the Hyde Park Debtor, for which it will seek separate allowance and payment pursuant to a separate fee application. As such, the majority of fees related to the Hyde Park Debtor are not included in the General Invoice (although, from time to time, there may have been services provided by MPS that appear on the General Invoice that equally benefitted all Debtors, including the Hyde Park Debtor).

11. MPS has not attempted to break down, allocate or apportion its work that is set forth on the General Invoice on a per-Debtor basis because MPS is not seeking payment from the Debtors' estates of the fees and expenses allowed pursuant to this Final Fee Application. As such, no creditor will be harmed by not apportioning or allocating to each Debtor's estate the

fees and expenses allowed herein. That is, the claim allowance sought in this Final Application will in no way effect the Debtors, their estates or their creditors.

**MPS' Voluntary Write-Offs**

12. Early in the Debtors' cases, the Debtors filed an adversary proceeding to enjoin certain litigation against George Dernis, the Debtors' president and manager. It was the belief of the Debtors that such an injunction would aid the Debtors' ability to reorganize by allowing Mr. Dernis to focus his attention upon the Debtors' chapter 11 cases, rather than being distracted by personal litigation. The Court and certain creditors disagreed. MPS segregated all time expended on matters related to the litigation involving Mr. Dernis, and billed and invoiced all time spent thereon separately. A complete copy of the "Dernis Litigation Invoice" was attached as Schedule 3 to the First MPS Fee Application. MPS wrote off all time expended (113.65 hours) on the Dernis Litigation Invoice, and voluntarily agreed to reduce by $41,765.00 the fees sought in the First MPS Fee Application. The time entries on the Dernis Litigation Invoice represent all time expended on the Dernis Litigation, and all such time entries have been entirely removed from the General Invoice.

13. In addition, because MPS has agreed to forgo payment of all fees and expenses allowed pursuant to this Final Fee Application, MPS has billed all time incurred after March 1, 2013 – the date of entry of the order approving the PACA Settlement – at the hourly rate of $0.00. As such, MPS is not seeking allowance of 38.00 hours of time that would otherwise have been billed at David Kane's hourly rate of $445.00, resulting in an additional write-off of $16,910.00.

## MPS PROFESSIONALS AND SERVICES PROVIDED

14. Pursuant to Bankruptcy Rule 2016(a), a narrative summary of the services rendered by MPS during the Final Period is set forth herein. Itemized and detailed descriptions of the specific services rendered and expenses incurred by MPS to the Debtors during this period are reflected on the billing statements attached hereto. The billing statements set forth the name of each attorney or paralegal providing service, the date on which each service was rendered, the amount of time expended rendering each service in one-tenth (0.10) hourly intervals, a description of the services rendered and the total amount of services rendered by each attorney or paralegal in each category.

15. The legal services rendered to the Debtors by MPS, and the invoices attached hereto which evidence such services, have been categorized pursuant to a task-based billing system based upon the ABA Uniform Task-Based Management System – Bankruptcy Code Set and Litigation Code Set (the "Code Set"). The Code Set is derived from the code set published by the U.S. Department of Justice, Executive Office for the United States Trustee.

16. There has been no unnecessary duplication of services by the MPS professionals, either by partners, associates or paralegals of MPS. Where two or more professionals participated in any activity, such joint participation was necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to familiarize each attorney with the matters at issue so that such attorney could perform further necessary services.

17. The attorneys and paralegals performing services for the Debtors, and their respective hourly billing rates, are set forth in the chart below. The hourly rates for the MPS professionals listed below are customary, reasonable and comparable to hourly rates charged for similar legal services by similarly skilled professionals.

{33599: 002: 01124372.DOC : }

## SUMMARY BY TIMEKEEPER-GENERAL INVOICE

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Roger T. Stelle | Partner | 525.00 | 16.30 | 8,557.50 |
| Jordan M. Litwin | Partner | 395.00 | 29.60 | 11,692.00 |
| Laura C. Pieper | Partner | 350.00 | 0.70 | 245.00 |
| Joy S. Goldman | Partner | 425.00 | 2.60 | 1,105.00 |
| David L. Kane | Partner | 445.00 | 863.50 | 366,413.00 |
| Forrest B. Lammiman | Partner | 575.00 | 325.90 | 187392.50 |
| Steve R. Rogovin | Partner | 415.00 | 106.50 | 44,197.50 |
| Samuel J. Schumer | Associate | 300.00 | 12.20 | 3,660.00 |
| **Total** | | | **1357.30** | **$623,262.50** |

18. The fees sought by MPS in each of the aforesaid task-based billing categories with respect to the General Invoice are summarized as follows:

## SUMMARY BY TASK-GENERAL INVOICE

| Task | | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 91.50 | 42,277.50 |
| B130 | Asset Disposition | 161.60 | 66,799.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 72.70 | 33,459.50 |
| B150 | Meetings of and Communications with Creditors | 25.30 | 13,455.50 |
| B160 | Fee/Employment Applications | 75.80 | 34,394.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 39.30 | 16,646.50 |
| B190 | Other Contested Matters | 302.30 | 139,028.00 |
| B210 | Business Operations | 72.10 | 33,901.50 |
| B230 | Financing/Cash Collections | 170.80 | 84,900.00 |
| B240 | Tax Issues | 10.50 | 4,555.50 |
| B250 | Real Estate | 7.10 | 3,315.50 |
| B310 | Claims Administration and Objections | 100.10 | 39,664.50 |
| B320 | Plan, Disclosure Statement and Settlements | 228.20 | 110,865.00 |
| | **Total** | **1357.30** | **$623,262.50** |

19. The tasks performed by MPS in each of the listed categories and the fees and expenses incurred by MPS with respect to the General Invoice are set forth in the attached Exhibits and are summarized below as follows:

{33599: 002: 01124372.DOC : }

**Exhibit A: B110-Case Administration.** The fees in this category include, without limitation, time expended for the following: preparation of Schedules and SOFAs; day-to-day administration; coordination and compliance matters; correspondence with the U.S. Trustee; review of monthly operating reports, monthly disbursement summaries; and general creditor inquiries. As more fully set forth in **Exhibit A** attached hereto, MPS has expended a total of 91.50 hours in this category and is seeking compensation in the amount of $42,277.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 395.00 | 0.20 | 79.00 |
| David L. Kane | Partner | 445.00 | 79.10 | 35,199.50 |
| Forrest B. Lammiman | Partner | 575.00 | 12.10 | 6,957.50 |
| Steve R. Rogovin | Partner | 415.00 | 0.10 | 41.50 |
| **Total** | | | **91.50** | **$42,277.50** |

**Exhibit B: B130-Asset Disposition.** The fees in this category include, without limitation, time expended for the following: all matters related to asset disposition, including inquiries related to sales of equipment, matters related to the sale of the Naperville store, and all matters related to the sale of the Selling Debtors' assets. As more fully set forth in **Exhibit B** attached hereto, MPS has expended a total of 161.60 hours in this category and is seeking compensation in the amount of $66,799.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Roger T. Stelle | Partner | 525.00 | 3.50 | 1,837.50 |
| Jordan M. Litwin | Partner | 395.00 | 0.30 | 118.50 |
| Laura C. Pieper | Partner | 350.00 | 0.70 | 245.00 |
| David L. Kane | Partner | 445.00 | 133.60 | 51,086.00 |
| Forrest B. Lammiman | Partner | 575.00 | 23.50 | 13,512.50 |
| **Total** | | | **161.60** | **66,799.50** |

**Exhibit C: B140-Relief from Stay Proceedings.** The fees in this category include, without limitation, time expended for the following: all matters related to the motions for relief from stay, including those filed by PACA Creditors and the FDIC-R. As more fully set forth in **Exhibit C** attached hereto, MPS has expended a total of 72.70 hours in this category and is seeking compensation in the amount of $33,459.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 395.00 | 0.30 | 118.50 |
| David L. Kane | Partner | 445.00 | 54.90 | 24,430.50 |
| Forrest B. Lammiman | Partner | 575.00 | 10.30 | 5,922.50 |
| Steve R. Rogovin | Partner | 415.00 | 7.20 | 2,988.00 |

{33599: 002: 01124372.DOC : }

| | | | | |
|---|---|---|---|---|
| **Total** | | | 72.70 | $33,459.50 |

**Exhibit D**: B150-Meetings of and Communications with Creditors. The fees in this category include, without limitation, time expended for the following: matters related to organizational meeting of creditors, meetings with Office of the United States Trustee, and preparation for and appearance at §341 meeting. As more fully set forth in **Exhibit D** attached hereto, MPS has expended a total of 25.30 hours in this category and is seeking compensation in the amount of $13,455.50.

| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| David L. Kane | Partner | 445.00 | 8.40 | 3,738.00 |
| Forrest B. Lammiman | Partner | 575.00 | 16.90 | 9,717.50 |
| **Total** | | | 25.30 | $13,455.50 |

**Exhibit E**: B160-Fee/Employment Applications. The fees in this category include, without limitation, time expended for the following: matters related to retention of Debtors' professionals, including High Ridge Partners and Variant Capital; hearings, correspondence and matters related thereto; preparation of fee applications and pleadings related thereto. As more fully set forth in **Exhibit E** attached hereto, MPS has expended a total of 75.80 hours in this category and is seeking compensation in the amount of $34,394.00.

| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| David L. Kane | Partner | 445.00 | 70.70 | 31,461.50 |
| Forrest B. Lammiman | Partner | 575.00 | 5.10 | 2,932.50 |
| **Total** | | | 75.80 | $34,394.00 |

**Exhibit F**: B185-Assumption/Rejection of Leases and Contracts. The fees in this category include, without limitation, time expended for the following: matters related to analysis of leases, rejection of leases, motions to extend time to assume leases. As more fully set forth in **Exhibit F** attached hereto, MPS has expended a total of 39.30 hours in this category and is seeking compensation in the amount of $16,646.50.

| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| Joy S. Goldman | Partner | 425.00 | 0.20 | 85.00 |
| David L. Kane | Partner | 445.00 | 35.90 | 14,996.50 |
| Forrest B. Lammiman | Partner | 575.00 | 2.20 | 1,265.00 |
| Samuel J. Schumer | Associate | 300.00 | 1.00 | 300.00 |
| **Total** | | | 39.30 | $16,646.50 |

**Exhibit G**: B190-Other Contested Matters. The fees in this category include, without limitation, time expended for the following: matters related to contested

matters, pleadings and hearings related thereto, including first day motions and 2004 examinations; pleadings related to the challenge of the liens of the FDIC-R and the adversary related thereto; general motions and responsive pleadings on a variety of matters. As more fully set forth in **Exhibit G** attached hereto, MPS has expended a total of 302.30 hours in this category and is seeking compensation in the amount of $139,028.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 395.00 | 1.90 | 750.50 |
| David L. Kane | Partner | 445.00 | 156.80 | 66,839.00 |
| Forrest B. Lammiman | Partner | 575.00 | 76.40 | 43,930.00 |
| Steve R. Rogovin | Partner | 415.00 | 63.90 | 26,518.50 |
| Samuel J. Schumer | Associate | 300.00 | 3.30 | 990.00 |
| **Total** | | | **302.30** | **$139,028.00** |

**Exhibit H**: B210-Business Operations. The fees in this category include, without limitation, time expended for the following: attention to day-to-day debtor, creditor, vendor, and operational issues. As more fully set forth in **Exhibit H** attached hereto, MPS has expended a total of 72.10 hours in this category and is seeking compensation in the amount of $33,901.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Roger T. Stelle | Partner | 525.00 | 6.00 | 3,150.00 |
| David L. Kane | Partner | 445.00 | 43.80 | 19,224.00 |
| Forrest B. Lammiman | Partner | 575.00 | 15.50 | 8,912.50 |
| Steve R. Rogovin | Partner | 415.00 | 5.00 | 2,075.00 |
| Samuel J. Schumer | Associate | 300.00 | 1.80 | 540.00 |
| **Total** | | | **72.10** | **$33,901.50** |

**Exhibit I**: B230-Financing/Cash Collections. The fees in this category include, without limitation, time expended for the following: matters related to cash collateral and operating budgets; correspondence and negotiations related to same; preparation of motions and orders, and hearings related to same; matters related to outside working capital and financing. As more fully set forth in **Exhibit I** attached hereto, MPS has expended a total of 170.80 hours in this category and is seeking compensation in the amount of 84,900.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Roger T. Stelle | Partner | 525.00 | 4.00 | 2,100.00 |
| Jordan M. Litwin | Partner | 395.00 | 3.10 | 1,224.50 |
| Joy S. Goldman | Partner | 425.00 | 2.40 | 1,020.00 |
| David L. Kane | Partner | 445.00 | 84.90 | 37,780.50 |
| Forrest B. Lammiman | Partner | 575.00 | 72.20 | 41,515.00 |

{33599: 002: 01124372.DOC : }

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Samuel J. Schumer | Associate | 300.00 | 4.20 | 1,260.00 |
| **Total** | | | **170.80** | **$84,900.00** |

**Exhibit J: B240-Tax Issues.** The fees in this category include, without limitation, time expended for the following: matters related to taxes, including IDOR tax audit. As more fully set forth in **Exhibit J** attached hereto, MPS has expended a total of 10.50 hours in this category and is seeking compensation in the amount of $4,555.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 395.00 | 3.90 | 1,540.50 |
| David L. Kane | Partner | 445.00 | 6.00 | 2,670.00 |
| Forrest B. Lammiman | Partner | 575.00 | 0.60 | 345.00 |
| **Total** | | | **10.50** | **$4,555.50** |

**Exhibit K: B250-Real Estate.** The fees in this category include, without limitation, time expended for the following: review of and matters related to real estate issues, shopping center matters, valuation and real property matters. As more fully set forth in **Exhibit K** attached hereto, MPS has expended a total of 7.10 hours in this category and is seeking compensation in the amount of $3,315.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 445.00 | 5.90 | 2,625.50 |
| Forrest B. Lammiman | Partner | 575.00 | 1.20 | 690.00 |
| **Total** | | | **7.10** | **$3,315.50** |

**Exhibit L: B310-Claims Administration and Objections.** The fees in this category include, without limitation, time expended for the following: preparation, research related to strategy and formulation of the Debtors' objections and challenges to the claims of the FDIC-R; and matters related to postpetition administrative claims and bar dates. As more fully set forth in **Exhibit L** attached hereto, MPS has expended a total of 100.10 hours in this category and is seeking compensation in the amount of $39,664.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 395.00 | 19.90 | 7,860.50 |
| David L. Kane | Partner | 445.00 | 44.60 | 16,331.50 |
| Forrest B. Lammiman | Partner | 575.00 | 5.30 | 3,047.50 |
| Steve R. Rogovin | Partner | 415.00 | 29.00 | 12,035.00 |
| Samuel J. Schumer | Associate | 300.00 | 1.30 | 390.00 |
| **Total** | | | **100.10** | **$39,664.50** |

{33599: 002: 01124372.DOC : }

**Exhibit M: B320-Plan, Disclosure Statement and Settlements.** The fees in this category include, without limitation, time expended for the following: preparation, research, strategy, negotiation and formulation of the Debtors' original plan and disclosure statements, and revisions to same; work related to prolonged settlement negotiations with the FDIC-R and PACA Creditors, and all matters related to entry into and approval of the settlement agreements that led to the sale of the Selling Debtors' assets and resolution of the Debtors' cases. As more fully set forth in **Exhibit M** attached hereto, MPS has expended a total of 228.20 hours in this category and is seeking compensation in the amount of $110,865.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Roger T. Stelle | Partner | 525.00 | 2.80 | 1,470.00 |
| David L. Kane | Partner | 445.00 | 138.90 | 60,030.50 |
| Forrest B. Lammiman | Partner | 575.00 | 84.60 | 48,645.00 |
| Steve R. Rogovin | Partner | 415.00 | 1.30 | 539.50 |
| Samuel J. Schumer | Associate | 300.00 | 0.60 | 180.00 |
| **Total** | | | **228.20** | **$110,865.00** |

**Exhibit N: Expenses.** The fees in this category may include, without limitation, reimbursement of expenses for the following: chapter 11 petition fees; in-house and offsite copying and printing at not more than $0.10 per page; delivery services, messengers and overnight couriers; and postage. As more fully set forth in **Exhibit N** attached hereto, MPS is seeking compensation in the amount of $31,919.85

## DISBURSEMENT SUMMARY-GENERAL INVOICE

| | | |
|---|---|---|
| E101 | Copying | 2,684.25 |
| E102 | Outside printing | 8,640.32 |
| E107 | Delivery services/messengers | 972.31 |
| E108 | Postage | 5,836.97 |
| E112 | Court fees | 10,700.00 |
| E115 | Deposition transcripts | 97.00 |
| E118 | Litigation support vendors | 105.00 |
| E124 | Other | 2,884.00 |
| | Total Disbursements | $31,919.85 |

## CONCLUSION

20. MPS respectfully submits that the fees and expenses sought to be approved and allowed herein are reasonable given the nature, extent and value of services rendered, the

{33599: 002: 01124372.DOC : }

complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar case under chapter 11 in this District. MPS's efforts in these cases led to the sale of the Mayfair Debtors' assets, the sale of substantially all of the Selling Debtors' assets, and global settlements with the PACA Creditors and the FDIC-R. Importantly, because MPS has agreed to (a) accept only $95,000.00 from the Debtors' estates for its entire representation of the Debtors, (b) voluntarily write off significant amounts of fees, equal to $58,675.00, and (c) not to seek payment from the Selling Debtors' administrative claim reserve, MPS will effectively increase the pro rata distribution payable to other administrative creditors of the Selling Debtors.

21.    MPS has expended a total of 1357.30 hours during the Final Period covered by this Final Application for the services described above. The total value of the services and the claim allowance requested for those services is $623,262.50. In addition, MPS has incurred $31,919.85 in actual necessary expenses related to its representation of the Debtors, for which it will not be reimbursed.

## NOTICE

22.    Bankruptcy Rule 2002(a)(6) requires notice to all creditors of "any entity's request for *compensation or reimbursement* of expenses if the request exceeds $1,000." Fed. R. Bankr. P. 2002(a)(6) (emphasis added). Here, MPS is only seeking *allowance* of its fees and expenses, but is not seeking "compensation" or "reimbursement" of any of the fees or expenses allowed pursuant to this Final Application. MPS therefore submits that Bankruptcy Rule 2002(a)(6) is not applicable to this Final Application. Alternatively, even if Bankruptcy Rule 2002(a)(6) were applicable, which it is not, it would be inequitable to require MPS to incur the additional notice costs of this Final Application when MPS is already being forced to bear the

burden of tens of thousands of dollars of unreimbursed actual expenses incurred during its representation of the Debtors.

23. Accordingly, notice of this Application has been given by CM/ECF to: (a) the Office of the United States Trustee; (b) counsel to the FDIC-R; (c) counsel to the Committee; and (d) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule 2002. In light of the nature of the relief requested, MPS submits that no further notice should be required.

24. MPS requests that the order approving this Final Application be effective immediately upon entry.

WHEREFORE, MPS respectfully requests that the Court enter an order (a) allowing on a final basis for the Final Period as MPS's administrative claim the amount of $623,262.50 for fees and $31,919.85 for expenses, respectively, (b) allowing on a final basis the interim fees allowed pursuant to the Mayfair Fee Order, and (c) granting such other and further relief as is just and proper.

Dated: May 8, 2013                          Respectfully submitted,

                                            MELTZER, PURTILL & STELLE LLC

                                            By:  /s/ *David L. Kane*
                                                 One of the Debtors' Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33599: 002: 01124372.DOC : }