# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 (jointly administered) |
|  | ) | Case No. 11-52013 |
| MICHAEL'S MARKET, INC., *et al.*, | ) |  |
|  | ) | Honorable Carol A. Doyle |
| Debtors. | ) |  |
|  | ) | Hearing:  October 23, 2013 at 10:00 a.m. |
|  | ) |  |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **October 23, 2013 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in the courtroom usually occupied by her, Courtroom No. 742, in the United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the **Final Application of Pedersen & Houpt for Allowance of Fees and Expenses for The Official Committee of Unsecured Creditors of Michael's Market, Inc. and its Affiliated Debtors**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Date:  September 30, 2013

**The Official Committee of Unsecured Creditors of Michael's Market, Inc. and its Affiliated Debtors**

By:  /s/  Bryan E. Minier
One of Its Attorneys

Bryan E. Minier (ARDC # 6275534)
Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 641-6888
Facsimile:  (312) 641-6895

## CERTIFICATE OF SERVICE

I, Bryan E. Minier, an attorney, hereby certify that I caused true and correct copies of the attached **Notice of Motion** and/or **Final Application of Pedersen & Houpt for Allowance of Fees and Expenses for The Official Committee of Unsecured Creditors of Michael's Market, Inc. and It's Affiliated Debtors** to be served upon the individuals listed on the attached service list via the Court's CM/ECF electronic filing system or regular U.S. Mail, postage prepaid, as indicated below, on September 30, 2013.

_____/s/  Bryan E. Minier_____

## SERVICE LIST

<u>**VIA CM/ECF**</u> **(Notice of Motion and Application)**

**Andrew J Abrams**
Boodell & Domanskis, LLC
205 North Michigan Avenue, Suite 4307
Chicago, IL 60601
aabrams@boodlaw.com
(Representing Premier Bank)

**Leslie Allen Bayles**
Bryan Cave, LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Leslie.bayles@bryancave.com
(Representing US Foods, Inc. f/k/a U.S. Foodservice, Inc.)

**Michael T. Benz**
Chapman & Cutler LLP
111 W. Monroe Street
Chicago, IL 60603
benz@chapman.com
(Representing Economy Packing Company)

**Marshall L Blankenship**
Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
150 N. Michigan Ave., Suite 2130
Chicago, IL 60601
mblankenship@adlmb.com
(Representing 6209 West North Investment Group, LLC)

**Mark D Conzelmann**
**Jacqueline Criswell**
Tressler LLP
233 S. Wacker Dr., Suite 2200
Chicago, IL 60606
mconzelmann@tresslerllp.com
jcriswell@tresslerllp.com
(Representing Fisher Printing, Inc.)

**William D Cherny**
Cherny Law Offices, PC
1111 S. Washington St.
Naperville, IL 60540
wcherny@wideopenwest.com

(Representing Fox River Commons Shopping Center c/o DiMucci Co.)

**Monette W Cope**
Weltman Weinberg & Reis Co LPA
180 North LaSalle St Ste 2400
Chicago, IL 60601
ecfnil@weltman.com
(Representing Toyota Motor Credit Corportation)

**Jacqueline Criswell**
Tressler Soderstrom
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
jcriswell@tresslerllp.com
(Representing Fisher Printing, Inc.)

**Aaron Davis**
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Aaron.davis@bryancave.com
(Representing US Foods, Inc. f/k/a/ U.S. Foodservice, Inc.)

**Steven M. De Falco**
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109
sdefalco@meuerslawfirm.com
(Representing Strube Celery & Vegetable Co.)

**John S. Delnero**
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
john.delnero@klgates.com
(Representing Strube Celery & Vegetable Co.)

**Faith Dolgin**
Illinois Attorney General
100 W. Randolph Street
13th Floor
Chicago, IL 60601
Faith.dolgin@illinois.gov
(Representing Illinois Department of Revenue)

**Jeffrey D Eaton**
**Jason M Torf**
Schiff Hardin LLP

233 S. Wacker Dr Suite 6600
Chicago, IL 60606
jeaton@schiffhardin.com
jtorf@schiffhardin.com
(Representing US Foods, Inc. f/k/a U.S. Foodservice, Inc.)

**Mary J Fassett**
McCarron & Diess
4530 Wisconsin Avenue, NW
Suite 301
Washington, DC 20016
mjf@mccarronlaw.com
(Representing Anthony Marano Company; Everyday Fresh Produce, Inc.; Panama Banana Dist.
Company; Dietz & Kolodenko Co.)

**Jeffrey L. Gansberg**
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
jgansberg@muchshelist.com
(Representing Lake Park, L.L.C.)

**David Gold**
**Daniel A Zazove**
Perkins Coie LLP
131 South Dearborn Suite 1700
Chicago, IL 60603
dgold@perkinscoie.com
dzazove@perkinscoie.com
(Representing Dearborn Wholesale Grocers LP)

**Brian M. Graham**
7634 Lakeside Drive
Frankfort, IL 60423
bmgrahampack@sbcglobal.net
(Representing Four Star Foods)

**George P. Hampilos**
Hampilos & Langley, Ltd.
308 West State Street, Suite 210
Rockford, IL 61101
georgehamp@aol.com
(Representing LaBodega, Ltd.)

**Jacqueline M Helmrick**
Aronberg Goldgehn
330 N Wabash Suite 1700
Chicago, IL 60611

jhelmrick@agdglaw.com
(Representing Kimco North Trust II)

**Timothy M Hughes**
Lavelle Legal Services Ltd
501 West Colfax
Palatine, IL 60067
thughes@lavellelaw.com
(Representing J&R Dairy Services)

**Julie A. Johnston-Ahlen**
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606
jjohnston-ahlen@novackandmacey.com
(Representing Walgreen Co.)

**David L. Kane**
Meltzer Purtill & Stelle
300 S. Wacker Drive
Chicago, IL 60606
dkane@novackandmacey.com
(Representing Michael's Market, Inc.)

**William B Kohn**
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606
kohn@wbkohnlaw.com
(Representing Anthony Marano Company; Everyday Fresh Produce, Inc.; Panama Banana Dist. Company; Dietz & Kolodenko Co.)

**Forrest B Lammiman**
Meltzer, Purtill & Stelle LLC
300 South Wacker Drive, Suite 3500
Chicago, IL 60606
flammiman@mpslaw.com
(Representing Michael's Market, Inc.)

**Joanne Lee**
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
jlee@foley.com
(Representing Inland Commercial Property Management, Inc.)

**Robert B. Marcus**
Michael Maksimovich Attorney at Law,P.C.
8643 Ogden Avenue

Lyons, IL 60534
rmarcus@attorneymm.com
(Representing Anthony Marano Company)

**Jenny R McGovern**
McDonald Hopkins LLC
300 North LaSalle, Suite 2100
Chicago, IL 60654
jmcgovern@mcdonaldhopkins.com
(Representing Frog's Market, Inc)

**Brandy R. McMillion**
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60478
Brandy.mcmillion@bryancave.com
(Representing US Foods, Inc. f/k/a U.S. Foodservice, Inc.)

**William A. Miceli**
14 West Erie Street
Chicago, IL 60610
(Representing Lake Park, L.L.C.)

**Karen Newbury**
Schiff Hardin
233 S. Wacker Dr.
Chicago, IL 60614
knewbury@schiffhardin.com
(Representing James A Hubbard)

**Jeffrey B. Rose**
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
jrose@tishlerandwald.com
(Representing Republic Services, Inc.)

**Gabrielle D.'Adamo Singer**
JG Law, LLC
542 S. Dearborn Street, Suite 1100
Chicago, IL 60605
gsinger@jglawllc.com
(Representing Johnston Greene LLC)

**Konstantine T. Sparagis**
Law Offices of Konstantine Sparagis P C
8 S Michigan Ave 27th Fl
Chicago, IL 60603

gsparagi@yahoo.com
(Representing Athenian Foods Co.)

**Shaun D Sperling**
Aronberg Goldgehn
330 N. Wabash Ave., Ste. 1700
Chicago, IL 60611
ssperling@agdglaw.com
(Representing Kimco North Trust II)

**John D. Spina**
Spina McGuire & Okal PC
7610 West North Avenue
Elmwood Park, IL 60707
jspina@smolaw.com
(Representing Midwest Bank & Trust t/u/t #04-00001-8268)

**L. Judson Todhunter**
Howard & Howard Attorneys PLLC
200 S Michigan Ave
Chicago, IL 60604
JTodhunter@howardandhoward.com
(Representing First National Bank of McHenry)

**Jason M. Torf**
Schiff Hardin LLP
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606
jtorf@schiffhardin.com
(Representing US Foods, Inc. f/k/a U.S. Foodservice, Inc.)

**James M True**
Murphy Desmond SC
PO Box 2038
Madison, WI 53701
mtrue@murphydesmond.com
(Representing UW Provision)

**Mark R Valley**
Mark R. Valley Law Firm, LLC
20 N. Wacker Drive, Suite 2005
Chicago, IL 60606
mvalley@lawmrv.com
(Representing World Wide Produce, Inc.)

**Bruce L. Wald**
Tishler & Wald Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
bwald@tishlerandwald.com
(Representing Republic Services, Inc.)

**Richard Wohlleber**
Chapman and Cutler LLP
111 W. Monroe Street
Chicago, IL 60603
wohlleber@chapman.com
(Representing Economy Packing Company)

**Daniel A. Zazove**
Perkins Coie LLP
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559
dzazove@perkinscoie.com
(Representing Dearborn Wholesale Grocers LP)

**Office of the United States Trustee**
219 S. Dearborn St.
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov


**VIA REGULAR U.S. MAIL (Notice of Motion only)**

(see attached list)

00663931v3

Dearborn Wholesale Grocery LP
2801 S. Western Ave.
Chicago, IL 60608-5280

First National Bank of McHenry
3814 W. Elm St.
PO Box 338
McHenry, IL 60051-0338

Fox River Commons Shopping Center c/o DiMucc
285 West Dundee Rd.
Palatine, IL 60074-2699

J&R Dairy Services
5350 W. 38th Street
Cicero, IL 60804-4459

Michael's Market, Inc.
P O Box 311
Posen, IL 60469-0311

Midwest Bank & Trust t/u/t #04-1-8268
933 W. Irving Park Rd.
Itasca, IL 60143-2023

Tribune Media Group
2501 S. State Hwy 121 Bus #800B
Lewisville, TX 75067-8229

UW Provision
c/o J. Michael True, Esq.
Murphy Desmond S.C.
P.O. Box 2038
Madison, WI 53701-2038

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

A.B. Company Inc.
6525 Proesel Ave.
Lincolnwood, IL 60712-3918

A.B. Company Of Wisconsin
6525 Proesel Ave
Lincolnwood, IL 60712-3918

AT & T
P.O. Box 8100
Aurora, IL 60507-8100

Aaron's Sales & Lease Ownership
4830 W. Diversey Ave.
Chicago, IL 60639-1774

Adria Meat Packing Company, Inc
260 N. Viking Vie
Lee, IL 60530-9017

Alexander R. Domanskis
Boodell & Domanskis, LLC
205 N. Michigan Avenue
Suite 4307
Chicago, IL 60601-5925

Aliya Hussaini, Trustee
Aliya Hussaini 2006 Irrevocable Trust
1616 Forest Place
Evanston, IL 60201-4663

Aliya Hussaini, Trustee
Amyna Esmail 2006 Irrevocable Trust
1616 Forest Place
Evanston, IL 60201-4663

Aliya Hussaini, Trustee
Kassim Esmail 2006 Irrevocable Trust
1616 Forest Place
Evanston, IL 60201-4663

All United Imports
2503 Blue Island Ave
Chicago, IL 60608-4903

(p)ALLIED INSURANCE
1100 LOCUST STREET D1-7C-0301
DES MOINES IA 50391-0301

Allied Waste Services
2608 S. Damen
Chicago, IL 60608-5209

Alpha Baking Company
36230 Treasury Center
Chicago IL 60694-6200

American Standard Floral Holding, Inc.
20189 NE 16th Place
Miami, FL 33179-2721

Amigos Foods
5251 S. Millard
Chicago, IL 60632-3746

Amtrust North America, Inc.
P.O. Box 318004
Cleveland, OH 44131-8004

Andes Foods Company
El Sol Investments, Inc.
4106 W. 63rd St.
Chicago, IL 60629-5008

Angelica's Bakery
17535 South Kedzie Ave
Hazel Crest, IL 60429-2007

Angelo Gelato Italiano, Inc.
570 County Line Road
Bensenville, IL 60106-3292

Anthony Marano Company
3000 S. Ashland Ave.
Suite 100
Chicago, IL 60608-5348

Anthony Marano Company
c/o McCarron & Diess
4530 Wisconsin Ave NW #301
Washington, DC 20016-4667

Anton-Argires, Inc.
11743 S. Mayfield Ave.
Alsip, IL 60803-6008

Aramark Uniform Services
Account No. 688914001
4200 S. Halsted St.
Chicago, IL 60609-2635

Aramark Uniform Services
Market Center Lockbox 25259
Network Place
Chicago, IL 60673-1252

Argo Select
P.O. Box 975498
Dallas, TX 75397-5498

Asimexfoods, Inc.
2340 S. Springfield Ave.
Chicago, IL 60623-3046

Asli Fine Foods
2145 International PKwy.
Suite 1000
Woodridge, IL 60517-4829

Athenian Foods
1814 N. 15th Ave.
Melrose Park, IL 60160-2112

Athenian Foods
c/o Pauline Thanopoulos
1814 N. 15th Ave.
Melrose Park, IL 60160-2112

Atlas Lift Truck Rental & Sales, Inc.
Atlas Companies
5050 N. River Road
Schiller Park, IL 60176-1092

Atlas Toyota Material Handling
5050 N. River Road
Schiller Park, IL 60176-1021

Aunt Millie's Bakeries
P.O. Box 13099
Fort Wayne, IN 46867-3099

Azteca Imports
4015 S. Albany St.
Chicago, IL 60632-2431

Bach Distributing, Inc
P.O Box 502
Addison, IL 60101-0502

Badger Murphy Food Service
P.O. Box 12440
Chicago, IL 60612-0440

Bakers Basket, Inc.
2420 Elmhurst Rd.
Elk Grove Village, IL 60007-6311

Bakers Basket, Inc.
Michael Lopardo
2420 Elmhurst Rd.
Elk Grove Village, IL 60007-6311

Balers, Inc.
5104 Thatcher Road
Downers Grove, IL 60515-4028

Baltic Food Distributing, Inc.
1349 Enterprise Dr.
Romeoville, IL 60446-1015

Banner Wholesale Grocers
3000 South Ashland Avenue
Suite 300
Chicago, IL 60608-5348

Bar-S Foods
440 Mission Street
Carol Stream, IL 60188-9414

Battaglia Distributing Company
2500 S. Ashland Ave.
Chicago, IL 60608-5321

Berkley Net Underwriters LLC
C/O Michael D. Weis
PO Box 1166
Northbrook, IL 60065-1166

Big Al's Gourmet LLC
2932 S. Wallace St.
Chicago, IL 60616-3035

Bimbo Foods, Inc.
P.O. Box 643544
Pittsburg, PA 15264-3544

Blue Marlin Seafood Company
1037-39 N. Pulaski Rd.
Chicago, IL 60651-3641

Boles Distributing, Inc.
1540 North Airport Rd.
Columbia City, IN 46725-8679

Bread And Cake Distribution
195 N. Harbor Dr
Unit 3209
Chicago, IL 60601-7533

C & C Dairy, Inc.
P.O. Box 474
Palos Heights, IL 60463-0474

C.J. Vitner Co.
4202 West 45th Street
Chicago, IL 60632-4390

Calma Optimal Food LTD
10915 Franklin  Ave
Suite A
Franklin Park, IL 60131-1431

Calumet Diversified Meats
Depart 20-7012
P.O. Box 5997
Carol Stream, IL 60197-5997

Calumet Diversified Meats, Inc.
Department 20-7012
P.O. Box 5997
Carol Stream, IL 60197-5997

Carmen's Mexican Products, Inc.
999 N. Main St.
Glen Ellyn, IL 60137-3572

Castillo Brothers Enterprises, Inc.
4269 W. Annlurie (42nd Pl.)
Chicago, IL 60632

Cedar's Mediterranean Foods, Inc.
50 Foundation Avenue
Ward Hill, MA 01835-6926

Cedar's Mediterranean Foods, Inc.
Cedar's Mediterranean Distribution,
P.O. Box 849106
Boston, MA 02284-9106

Central Beverage Company
2601 S. 25th Ave.
Broadview, IL 60155-4535

Central Merchandising, Inc.
P.O. Box 2227
Schiller Park, IL 60176-0227

Chapi
Attention: Tanya Miller
354 Indian Drive
Glen Ellyn IL 60137-4811

Chemton Industries
P.O. Box 46190
Chicago, IL 60646-0190

Chetak Chicago, LLC
1111 E. Lake St.
Streamwood, IL 60107-4332

Chiappetti Meat Distribution Co., LLC
Box 681067
Milwaukee, WI 53268-1067

Chicago Baking Company
Account No. 09628210
Lewis Bros. Bakeries, Inc.
1957 Momentum Place
Chicago, IL 60689-5319

Chicago Fresh Meats Inc
9229 S. Baltimore Ave
Chicago, IL 60617-4626

Chicago Housewares, Inc.
6801 W. 66th Place
Bedford Park, IL 60638-4805

Chicago Sign
P.O. Box 75
Wheaton, IL 60187-0075

Chicago Sweet Connection Bakery
5569 N. Northwest Highway
Chicago, IL 60630-1131

Chicago Tribune
14839 Collections Center Drive
Chicago, IL 60693-0148

Chicagoland Equipment & Supply, Inc.
5075 West Lexington St.
Chicago, IL 60644-5245

City Of Chicago
8108 Innovation Way
Chicago, IL 60682-0081

City Of Chicago
Department Of Revenue Water Division
P.O. Box 6330
Chicago, IL 60680-6330

City Of Chicago
Dept Of Business Affairs
22615 Network Place
Chicago, IL 60673-1226

City Of Chicago
Dept. Of Revenue
121 N. LaSalle St. Room 107A
Chicago, IL 60602-1288

City Of Chicago Dep. of Buss Affairs
and Consumer Protection
Weights and Measures
121 N. La Salle Street Room 800
Chicago, IL 60602-1237

City Of Harvey Water Department
Account No. 010-0230-00-01
P.O. Box 2600
Harvey, IL 60426-8600

City of Naperville
Account No. 241095-74666
P.O. Box 4231
Carol Stream, IL 60197-4231

City of Naperville
Finance Department
400 South Eagle Street
Naperville, IL 60540-5279

Clover Club Bottling Company, Inc.
356 North Kilbourn
Chicago, IL 60624-1623

Coca Cola Refreshments
Alsip Sales Center
2335 Paysphere Circle
Chicago, IL 60674-0023

Coca-Cola Bottling company
St Charles Sales Center
2335 Paysphere Circle
Chicago, IL 60674-0023

Coface Collections North America, Inc.
P.O. Box 8510
Metairie, LA 70011-8510

Com Ed
Account No. 668115057
P.O. Box 6111
Carol Stream, IL 60197-6111

Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast Spotlight
Accounts Receivable Comcast
Financial Agency Corp.
12964 Collections Center Drive
Chicago, IL 60693-0129

Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488

Cook County Treasurer's
Office - Tax Sale Dept.
118 N. Clark St Room 212
Chciago, IL 60602-1589

Cookie Specialties Inc.
482 N. Milwaukee Ave.
Wheeling, IL 60090-3067

Coosemans Chicago
2404 S. Wolcott, Unit #13
Chicago, IL 60608-5341

Coosemans Chicago, Inc.
c/o McCarron & Diess
4530 Wisconsin Ave NW #301
Washington, DC 20016-4667

Corporate Safe Specialists
2977 Momentum Place
Chicago, IL 60689-5329

Country Connection, LLC.
P.O. Box 617815
Chicago, IL 60661-7815

Covemex Dist
4920 S. Central Ave.
Chicago, IL 60638-1534

Cremeria Santa Maria
3424 W. 26th St.
Chicago, IL 60623-4061

Crystal Farms Refrigerated Distribution
P.O. Box 91307
Chicago IL, 60693-1307

Czech Kitchens, Inc.
Home Of Josie's Dumplings
6731 W. Pershing Rd.
Stickney, IL 60402-4071

D & D
2600 W. 35th St.
Chicago, IL 60632-1602

D&D Distributers of Chicago
6748 S. Sayre Ave.
Bedford Park, IL 60638-4725

D.M. Emporium Imports, Inc.
3014 Willow St.
Franklin Park, IL 60131-2835

DDNTC, LLC
Gin Guey Laung
24913 Newberry Way
Plainfield, IL 60585-2863

DDSD Investors, LLC
4800 W. Diversey
Chicago, IL 60639-1704

Dalis Distributions, LLC
6055 W. Lawrence Ave.
Chicago, IL 60630-3110

Dearborn Wholesale Grocers L.P.
2801 South Western Avenue
Chicago, IL 60608-5280

Dearborn Wholesale Grocers L.P.
Account No. 69546
2801 South Western Ave.
Chicago IL 60608-5220

Del Rancho Corp.
P.O. Box 2976
Northlake, IL 60164-7976

Department of Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA  19101-7346

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Di Caro Enterprises, Inc.
P.O. Box 470
Morton, IL 61550-0470

Dietz & Kolodenko
c/o McCarron & Diess
4530 Wisconsin Ave NW #301
Washington, DC 20016-4667

Dimitris Wholesale Produce
4018 N. Octavia Ave.
Norridge, IL 60706-1206

Dollar Day Plus
4830 W. Diversey Ave.
Chicago, IL 60639-1775

Doreen's Gourmet Pizza
130 State Street
Calumet City, IL 60409-2754

Dr. Pepper Snapple Group
21431 Network Place
Chicago, IL 60673-1214

Dutch Farms, Inc.
700 E. 107th Street
Chicago, IL 60628-3806

Eagle Distributors, Inc.
5632 N. Northwest Hwy.
Chicago, IL 60646-6136

Earthgrains Baking Co's Inc.
2883 S. Hillock Avenue
Chicago, IL 60608

Earthgrains Baking Co's Inc.
P.O. Box 4412
Bridgeton, MO 63044-0412

Ebra Products, Inc.
P.O. Box 595
Huntley, IL 60142-0595

El Encanto Products
4041 W Ogden Ave
Chicago, IL 60623-2857

El Greg, Inc.
6024 North Keystone
Chicago, IL 60646-5210

El Matador
P.O. Box 1881
Oak Park, IL 60304-0605

El Mestizo Imports
2258 S Blue Island Ave
Chicago, IL 60608-4345

El Popular, Inc.
910. E Chicago Avenue
P.O. Box 328
East Chicago, IN 46312-0328

El Rey Seafood
4315 S. Tripp Ave.
Chicago, IL 60632-4318

Empire Cooler Service, Inc.
940 W. Chicago Ave.
Chicago, IL 60642-5494

European Imports, LTD.
2475 N. Elston Avenue
Chicago, IL 60647-2033

Everest Traders Inc.
P.O. Box. 153
Wheeling, IL 60090-0153

EveryDay Fresh Produce, Inc.
c/o McCarron & Diess
4530 Wisconsin Ave NW #301
Washington, DC 20016-4667

Expand International
P.O. Box 617815
Chicago, IL 60661-7815

FDIC as Receiver for Premier Bank
c/o Andrew J Abrams
353 N Clark St  Ste 1800
Chicago, IL 60654-3455

Father & Son Com., Inc.
P. O. Box 1187
Melrose Park, IL 60161-1187

Ferdel Promotions
3730 W. 38th Street
Chicago, IL 60632-3310

Fiesta Mexicana
2490 S. Blue Island Ave
Chicago, IL 60608-4938

Fisher Printing, Inc.
8640 S. Oketo Ave.
Bridgeview, IL 60455-1827

Flor De Calfifilio
P.O. Box. 12398
Chicago, IL 60612-0398

Foulds Inc.
520 E. Church St.
Libertyville, IL 60048-2300

Four Star Foods Inc
Thomas Stilp
166 W Washington
Chicago, IL 60602-2311

Four Star Foods, Inc.
1230 W. Fulton St.
Chicago, IL 60607

Fox River Commons Shopping Center
C/O DiMucci Co.
285 W. Dundee Rd.
Palatine, IL 60074-2699

Fresh N Pure
435 E North Ave
Streamwood, IL 60107-2542

Frog's Market Inc.
2455 S. Damen Ave
Chicago, IL 60608-5231

Frog's Market, Inc.
2455 S. Damen St.
Chicago, IL 60608-5231

Futuro Foods, Inc.
3115 Madison St. - Unit F
Bellwood, IL 60104-2261

Garden Row Foods, Inc.
411 Stone Drive
St. Charles, IL 60174-3301

George Dernis
6612 Spokane Lane
Lincolnwood, IL 60712-3006

Gerardo Imports, Inc.
P.O. Box 7511
Algonquin, IL 60102-7511

Gideon's 300 Security Services, Inc.
16901 S. Dixie Highway
Hazel Crest, IL 60429-1340

Gil & Gil Distributors, Inc.
4072 S. Francisco
Chicago, IL 60632-1827

Gilsa Products And Services, Co.
1794 Winthrop Dr.
Des Plaines, IL 60018-1914

Golden Country Oriental Food Company
Account No. 133161
2355 South Blue Island Ave.
Chicago, IL 60608-4227

Goldstar Pest Control
5555 Wesmere Lakes Ct.
Plainfield, IL 60586-6609

Goya Foods, Inc.
36744 Eagle Way
Chicago, IL 60678-1367

Grainger
Dept. 867145161
Palatine, IL 60038-0001

Grand Prix (Chicago)
6153 W. Mulford St.
Ste B
Niles, IL 60714-3417

Grant Park Packing Co., Inc.
842 W. Lake Street
Chicago, IL 60607-1720

Grante Foods International LLC
8770 W Bryn Mawr Ave
Suite 1300
Chicago, IL 60631-3557

Great Lakes Automatic Door, Inc.
461 N. Wolf Rd.
Hillside, IL 60162-1207

Greco & Sons, Inc.
1550 Hecht Road
Bartlett, IL 60103-1697

Greenridge Farm, Inc.
2355 Greenleaf Ave
Elk Grove Village, IL 60007-5508

Harvey Fresh Market - 1
P.O. Box 4950
Naperville, IL 60567-4950

Health King Enterprise & Balanceuticals
238 W. 31st St.
Chicago, IL 60616-3600

Hebros Foods, LLC.
2662 American Ln
Elk Grove Village, IL 60007-6208

Herald Newspaper, Inc.
1435 E Hyde Park Boulevard
Chicago, IL 60615-3096

Hinckley Springs
P.O. Box 96259
Chicago, IL 60693-0001

Hinsdale Foods
P.O. Box 681
Lemont, IL 60439-0681

Hinsdale's Pride, Inc.
7960 Shagbark
Burr Ridge, IL 60527-8030

Home Juice Corp.
1502 Paysphere Circle
Chicago, IL 60674-0015

Home Juice Corp.
1930 George St. - Suite 2
Melrose Park, IL 60160-1501

Home Style, Inc
9142 Broadway
Brookfield, IL 60513-1304

Hometown Bagel, Inc.
12401 S. Kedvale Ave.
Alsip, IL 60803-1818

Hudson Energy
24919 Network Place
Chicago, IL 60673-1249

Hudson Energy
Account No. 6681115057
24919 Network Place
Chicago, IL 60673-1249

Hyson USA
612 Supreme Dr.
Bensenville, IL 60106-1158

IBC Sales Corporation
Interstate Brand
34007 Eagle Way
Chicago, IL 60678-1340

Ideal Distributors
1961 N. Lockwood Ave.
Chicago, IL 60639-3019

Iheartkeenwah
3535 75th Street, Unit 304
Jackson Heights, NY 11372-4407

Il Giardino Del Dolce Inc.
2859 N. Harlem Ave.
Chicago, IL 60707-1638

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Department of
Revenue Sales Tax
P O Box 19013
Springfield, IL 62794-9013

Illinois Department of Employment
Security Revenue Division
33 S State St
Chicago, IL 60603-2808

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Revenue
Attn: Keith King
Main North Regional Bldg.
Des Plaines, IL 60016-15363

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Iltaco Food Products Co.
1378 W. Hubbard St.
Chicago, IL 60642-6453

Imperial Food Services, Inc.
740 Schneider Drive
South Elgin, IL 60177-1160

Impex International
2720 White Hall Ln.
Naperville, IL 60564-8490

Importaciones, Inc.
1100 W. Cermak Road - Suite C211
Chicago, IL 60608-4594

India Bulletin
4332 W. Emerson St.
Skokie, IL 60076-1476

International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL 60106-1306

International Modern Investment Inc.
c/o Teller, Levit & Silvertrust
19 S. LaSalle - Suite 701
Chicago, Illinois 60603-1431

International Technologies
15445 Ventura Blvd.
Ste. 780
Sherman Oaks, CA 91403-3005

Iron Horse Security
21036 Stratford Ct.
Mokena IL 60448-2015

J & R Dairy Services Inc
Lavelle Law Ltd
501 W Colfax
Palatine, IL 60067-2545

J.L. Gonzalez Produce, Inc.
2404 S. Wolcott,
Suites 5,6 7
Chicago, IL 60608-5300

JBS Distribution
P.O. Box 88920
Chicago, IL 60695-1920

Jiminy LLC
1098 Johnson Drive
Buffalo Grove, IL 60089-6918

Jodi E. Gimbel, P.C.
5 Revere Drive
Suite 350
Northbrook, IL 60062-1569

Joe & Ross Ice Cream
Lavelle Law Ltd
501 W Colfax
Palatine, IL 60067-2545

Joe And Ross Ice Cream
5350 West 38th St.
Cicero, IL 60804-4459

Johnston Greene, LLC.
542 S. Dearborn St., Suite 1100
Chicago, IL 60605-1563

Jojo's Breads & Treats
201 Taylor St.
Montgomery, IL 60538-1320

Joseph Antognoli & Company
1800 N. Pulaski Road
Chicago, IL 60639-4916

KGD Enterprises Inc
dba Chicago Sign
John Doyle
26W535 St Charles Road
Carol Stream, IL 60188-4129

KND Distribution, LLC
P.O. Box 91836
Elk Grove, IL 60009-1836

Kasia's Deli, Inc.
440 N. Oakley Blvd.
Chicago, IL 60612-1453

Kazik Bakery, Inc.
FKA Signature Breads
5806-08 N. Milwaukee Ave.
Chicago, IL 60646-5414

Ken Young Food Distributors
12842 S. Western Avenue
Blue Island, IL 60406-3861

Ken Young Food Distributors
12842 South Western Ave
Blue Island, IL 60406-3861

Kernel Fabyan's
3722 Illinois Ave.
St. Charles, IL 60174-2421

Kernel Fabyan's LLC
430 Industrial Dr.
West Chicago, IL 60185-1867

Kimco Realty Corp.
Attn: Kim Wesson
10600 W. Higgins Rd. - Suite 408
Rosemont, IL 60018-3718

King Wholesale
P.O. Box 185
Oak Forest, IL 60452-0185

Kohinoor Foods Usa, Inc. (Chicago)
1145 Ellis Ave.
Bensenville, IL 60106-1115

Krinos Foods, Inc.
47-00 Northern Boulevard
Long Island City, N.Y 11101-1017

L & G Chicago Imports
7709 W. 99 St.
Hickory Hills, IL 60457-2329

L. Isaacson & Stein Fish Co., Inc.
800 West Fulton Market
Chicago, IL 60607-1375

La Brisa Popsicle Factory
7840 Canal St.
Houston, TX 77012-1148

La Colmenita Mexican Products, Inc.
2315 S. Keeler St.
Chicago, IL 60623-3654

La Criolla Inc.
907-909 W. Randolph St.
Chicago, IL 60607-2291

La Dulce Bakery, Inc.
5847 W. Fullerton Ave.
Chicago, IL 60639-2357

La Fortuna Imports
2515 West 25th Street
Chicago, IL 60608-4706

La Guadalupana Wholesale
1365 West 37th Street
Chicago, IL 60609-2108

La Hispamex Food Products, Inc.
1859 S. 55th Ave.
Cicero, IL 60804-1819

La Preferida, Inc.
3400 W. 35th Street
Chicago, IL 60632-3399

La Ricura Distribution LTD
2828 48th Place
Chicago, IL 60632-2013

La Tropicana Food, Inc.
2600 W. 35th Street
Chicago, IL 60632-1602

La Vista Foods Corp.
1135 West Fulton Market
Chicago IL, 60607-1220

LaBodega, Ltd.
3225 S. Western Ave.
Chicago, IL 60608-6002

Label Force Inc.
1904 Devonshire Court
Oswego, IL 60543-8609

Labriola Baking Company
3701 West 128th Place
Alsip, IL 60803-1514

Lake Park LLC
P O Box 0079
Chicago, IL 60690-0079

Lala Branded Products, Inc.
1794 Winthrop Dr.
Des Plaines, IL 60018-1914

Lang Ice Company
3600 W. 59th St.
Chicago, IL 60629-3906

Laredo Spices & Herbs
3401 W. Cermak
Chicago, IL 60623-3240

Lazaal, Inc.
857 S. Westgate Dr.
Addison, IL 60101-5025

Levin & Lawrence, Inc. d/b/a
Michael Levin Trading
20724 Centre Pointe Parkway - Suite 2
Santa Clarita, CA 91350-2981

Lifeway Foods, Inc.
6431 W. Oakton Ave.
Morton Grove, IL 60053-2727

Lisaacson & Stein Fish Co Inc
800 W Fulton Mkt
Chicago, IL 60607-1375

Little Cesar's Enterprises, Inc.
Real Estate Department
2211 Woodard Ave.
Detroit, MI 48201-3467

Loutos Motor Service, Inc.
1019 W. 16th St.
Chicago, IL 60608-2217

Luxury Sheets Inc.
25620 W 8 Mile Rd.
Southfield, Mi 48033-3749

MTY San Miguel Distributors, LLC.
2904 W. 26th Street
Chicago, IL 60623-4127

Maestranzi Brothers
4715 N. Ronald St.
Harwood Heights, IL 60706-3815

Mahoney Environmental
1819 Moen Ave.
Joliet, IL 60436-9323

Mahoney Environmental
1819 Moen Ave.
Rockdale, IL 60436-9323

Manau Food Equipment, Inc
2533 S. Western Avenue
Chicago, IL 60608-4807

Mandolini Co., Inc.
c/o McCarron & Diess
4530 Wisconsin Ave NW #301
Washington, DC 20016-4667

Marc Price
Mages & Price
707 Lake Cook Road
Suite 314
Deerfield, IL 60015-4933

Marcas Food Distributors
10208-12 Franklin Ave.
Franklin Park, IL 60131-1528

Mark Hayes President
Twin Garden Sales, Inc.
P.O. Box 400
Harvard, IL 60033-0400

May's Honey Farms
8404 McGuire Road
Harvard, IL 60033

Mckee Foods Corporation
P.O. Box 2118
Collegedale, TN 37315-2118

Mestizo Imports, LTD.
2258 S. Blue Island Ave.
Chicago, IL 60608-4345

Mexicali Food Products, Inc.
1337 West 37th Place
Chicago, IL 60609-2103

Mi Costeita
7647 S. Kedzie Ave
Chicago, IL 60652-1507

Mi Costenita
7647 S. Kedzie
Chicago, IL 60652-1507

Michael Foods Inc
Attn Jerry Knecht
301 Carlson Parkway #400
Minnetonka, MN 55305-5370

Michael Levin Trading
20724 Centre Point Parkway - Ste #2
Santa Clarita, CA 91350-2981

Michoacan Meats
c/o David M Siegel
790 Chaddick Drive
Wheeling, IL 60090-6005

Michoacan Meats, Inc.
2201 Estes Ave.
Elk Grove Village, IL. 60007-5426

Midland Distribution, Inc.
13636 S. Western Ave.
Blue Island, IL 60406-3277

Milfico Foods, Inc.
1350 Greenleaf Ave.
Elk Grove Village, IL 60007-5521

Milfico Foods, Inc.
Account No. 03918
1350 Greenleaf Ave.
Elk Grove Village, IL 60007-5521

Mimi's Churros USA, Inc.
2520 S. Halsted
Chicago, IL 60608-5931

Molino Baking
13030 S. Western Ave.
Blue Island, IL 60406-2419

Morris Meat Packing, Inc.
1406 S. 5th Avenue
Maywood, IL 60153-2129

Mounsef International, Inc.
4738 N. Kedzie Ave.
Chicago, IL 60625-4421

Mussman's Back Acres, Inc.
9998- N. 16000E Road
Grant Park, IL 60940-5150

Nealey Foods Inc.
900 West Fulton Market
Chicago, IL 60607-1397

Nealey Foods Inc.
Harry S Field
77 W Washington Ste 2111
Chicago, IL 60602-9711

Nestle DSD
Account No. 150523060001
3852 Collections Center Drive
Chicago, IL 60693-0038

New Pulaski-Diversey Currency Exchange
2730 N. Pulaski Rd
Chicago, IL 60639

Nicholas A. Pappanicholas & Sons
1141 N. Raddant Rd.
Batavia, IL 60510-4214

Nicor Gas
Account 48-27-07-1000 6
P.O. Box 0632
Aurora, IL 60507-0632

Nopalina Midwest Corp.
6 Regan Ln.
Hawthorn Woods, IL 60047-8127

Norman Distribution Inc
940 Greenleaf Ave
Elk Grove Village, IL 60007-5011

Norman Distribution, Inc
650 Morse Avenue
Elk Grove Village, IL 60007-5102

North Avenue Fresh Market Investment
Attention: Ymen Vien
4878 N. Broadway Street
Chicago, IL 60640-3695

North Avenue Fresh Market, LLC.
6209 W. North Avenue
Oak Park, IL 60302-1125

Nuestro Queso, LLC
2420 Lunt Avenue
Elk Grove Village, IL 60007-5612

Oberweiss Dairy
951 Ice Cream Drive
Sweet One North
Aurora, IL 60542-8193

Olympia Bakery
9220 S. Roberts Road
Hickory Hills, IL 60457-2022

Optima Foods
241 Holbrook Dr.
Wheeling, IL 60090-5809

Orkin Pest Control
5840 N. Lincoln Ave.
Chicago, IL 60659-4611

Palermo Bakery
3317 N. Harlem
Chicago, IL 60634-3602

Pan-O-Gold Baking Co.
P.O. Box 848
St. Cloud, MN 56302-0848

Panama
2404 S. Wolcott
Chicago, IL 60608-5344

Panama Banana Dist. Company
c/o McCarron & Diess
4530 Wisconsin Ave NW #301
Washington, DC 20016-4667

Parker House Sausage Company
4605 South State Street
Chicago, IL 60609-4699

Payless Shoe Stores
3231 SE Sixth Avenue
Topeka, KS 66607-2207

Pekin Life Insurance Company
2505 Court Street
Pekin, IL 61558-4121

Pepperidge Farm
Pat Kelly, LTD.
315 Hazelwood Dr.
Naperville, IL 60540-7304

Pepsi Cola
Lockbox No. 75948
Chicago, IL 60675-5948

Perfect Pasta, Inc.
Addison 31
Fairbank Unit A
Addison, IL 60101

Perfect Pasta, Inc. Addison
31 Fairbank Unit A
Addison, IL 60101-3118

Phoenix Produce Company
2404 S. Wolcott Ave.
Chicago, IL 60608-5341

Pie Boss
2799 Stuart Kaplan
Aurora, IL 60503-5601

Poulopoulos & Associates, Inc.
2140 White Oak Circle
Northbrook, IL 60062-6300

Power Distributing LLC
24537 Network Place
Chicago, IL 60653

Premier Bank
1210 Central Ave.
Wilmette, IL 60091-2568

Providencia Produce Inc.
P.O. Box 12398
Chicago, IL 60612-0398

Qualiripe Chicago Inc.
2525 S. Blue Island
Chicago, IL 60608-4821

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

R & L Signs, Inc.
7430 W. 90th Street
Bridgeview, IL 60455-2122

ROSEBUD FARMS
C/O AMERICAN FINANCIAL MANAGEMENT
3715 VENTURA DRIVE
ARLINGTON HEIGHTS, IL 60004-7678

Racconto
2060 Janice Avenue
Melrose Park, IL 60160-1011

Racine Bakery & Delicatessen
6216 West Archer Avenue
Chicago, IL  60638

Rain Trading Inc.
3031 Maimo Dr.
Arlington Heights, IL 60005-4727

Raja Food LLC
c/o Amin Law Office Ltd
1900 E Golf Road  Ste 950
Schaumburg, IL 60173-5034

Raja Foods
c/o Amin Law Offices Ltd
1900 E Golf Road  Ste 950
Schaumburg, IL 60173-5034

(c)RANCHERO PRODUCE, INC.
179 NORTHWEST HWY STE 1
CARY IL  60013-6601

Regal Health Food International
3705 W. Grand Ave.
Chicago, IL 60651-2236


Reggio's Pizza
340 W. 83rd Street
Chicago, IL 60620-1704

Registry Steaks & Seafood, LTD.
7661 S. 78th Ave
Unit B
Bridgeview, IL 60455-1271

Reichert Spice Company
2696 N 900 E Road
Ashkum, IL 60911-7003


Retail Data Systems Of Chicago
1998 Ohio Street
Suite 300
Lisle, IL 60532-2147

Ripon Pickle Company, Inc.
1039 Beier Road
Ripon, WI 54971-9063

Robert S. McCarty, Ltd.
McCarty Winkler LLP
5 N. Third Street
Geneva, IL 60134-4500


Roman Groceries Supply
4909 W. Carol
Unit No. A
Skokie, IL 60077-5440

Rowland Coffee Roasters, Inc
5605 NW 82nd Ave
Miami, FL 33166-4000

Royaltty Foods, LLC
1450 American Ln
STE 1439
Schaumburg, IL 60173-4989


Rubinelli, Inc.
590 W. Crossroads Parkway
Bolingbrook, IL 60440-3554

S.K. Associates
6316 North Cicero
Chicago, IL 60646-4422

SPEEDWAY LLC
PO BOX 1590
SPRINGFIELD  OH 45501-1590


Sanabel Bakery
4213 N. Kedzie
Chicago, IL 60618-2401

Sandalwood Paradise, Inc.
2 Woodsorrel Pl.
Woodridge, IL 60517-1712

Shore Egg & Produce Co.
1135 Fulton Market
Chicago, IL 60607-1220


Sigma Foods
dba Bar-s Foods
440 Mission St
Carol Stream, IL 60188-9414

Smith/Talot/Apiaries
2007 Sudbury St
Naperville, IL 60564-8452

Snyder's Of Hanover, Inc.
P.O. Box 6917
Hanover, PA 17331-0917


Soderholm Wholesale Foods
1100 Wilburn Road
Sun Prairie, WI 53590-3905

Spicy World III, LLC
3500 Oakton, Unit 102
Skokie, IL 60076-2902

Sprint
P.O. Box 105243
Atlanta, GA 30348-5243


(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

St. Jude Bakery
Attention: Veronica Mora
3660 W. 147th Street
Midlothian, IL 60445-3553

State Farm Insurance Companies Insurance
Support Center
P.O. Box 680001
Dallas, TX 75368-0001


Stefanos Peroustianis
6541 N. Washtenaw
Chciago, IL 60645-5307

Strube Celery & Vegetable Company
2404 S. Wolcott Ave
Chicago, IL 60608-5341

Sunrise Distributors
2720 Whitehall Ln.
Naperville, IL 60564-8490

Superior Brokerage, Inc.
11910 W. 90th. Avenue
St. John, IN 46373-9291

Synergy Food Service, LLC
12646 South Springfield Avenue
Alsip, IL 60803-1411

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Tanoor Inc
2296 S Blue Island
Chicago, IL 60608-4345

Tassos
Two Mid America Plaza - Ste No.910
Oak Brook Terrace, IL 60181-4451

Taylors Candy Inc.
4855 West 115th Street
Alsip, IL 60803-2864

Tepa Wholesale, Inc.
2503 S. Blue Island Ave. - Unit 105
Chicago, IL 60608-4903

The Auster Company, Inc.
2404 S. Wolcott Ave, Units 32-33
Chicago, IL 60608-5344

The Auster Company, Inc.
Auster Acquisitions, LLC
1608 N. Milwaukee Ave.
Suite 1108
Chicago, IL 60647-6012

The Third Synthesis Inc
dba Chicago Sweet Connection Bakery
5569 N. Northwest Highway
Chicago IL 60630-1131

The Village of Oak Park
Account No. 070100058202
Utility Bill Payment P.O. Box 809639
Chicago, IL 60680-9639

The WM. Doolittle Company
P.O. Box 7597
Chicago, IL 60680-7597

The World Cleaning
2856 S. St. Louis
2nd Fl.
Chicago, IL 60623-4646

Tinley Ice Company
450 S Central Avenue
Ste. A
University Park, IL 60484-3160

Today's Temptations, Inc.
Metroplex Bussiness Park
1900 N. Austin
Chicago, IL 60639-5078

Tom Kutsulis And Co.
13939 S. Harrison Ave.
Posen, IL 60469-1020

Tom Tom Tamale Mfg. Co., Inc.
4750 S. Washtenaw Ave.
Chicago IL 60632-2096

Tortilleria Atotonilco, Inc.
1707 W. 47th Street
Chicago, IL 60609-3823

Toyota Financial Services
Account No. 10258585
Commercial Finance Dept 2431
Carol Stream, IL 60132-2431

Toyota Financial Services
Commercial Finance
Dept 2431
Carol Stream, IL 60132-2431

Toyota Motor Credit Corp.
c/o Weltman, Weinberg & Reis
323 W. Lakeside Avenue, Ste 200
Cleveland, OH 44113-1009

Travelers CL & Specialty
Remittance Center
Hartord, CT 06183-1008

Treat Dreams
12508 South Justine Street
Calumet Park, IL 60827-6018

Tribune Media Group
Blue Lynx Media
2501 S State Hwy 121 Bus #800B
Lewisville, TX 75067-8229

Triton Imaging Systems
31320 Via Colinas
Suite 103
Westlake Village, CA 91362-6732

Tropicana Chilled DSD
P.O. Box 643106
Pittsburgh, PA 15264-3106

Truong Enterprises, Inc.
c/o McCarron & Diess
4530 Wisconsin Ave NW #301
Washington, DC 20016-4667

Turano Baking Company
36749 Eagle Way
Chicago, IL 60678-1367

Turano Baking Company
Account No. 4667465
6501 West Roosevelt Road
Berwyn, IL 60402-1100

U W Provision Company
P.O. Box 620038
Middleton, WI 53562-0038

U.S. Bank Business
Equipment Financing
P.O. Box 790448
St. Louis, MO 63179-0448

U.S. Foodservice
Box 98420
Chicago, IL 60693-8420


USA MEX Distributors
5410 Dansher Rd.
Countryside, IL 60525-3126

UniFirst Corporation
2045 North 17th Ave.
Melrose Park, IL 60160-1347

UniWorld Foods
P.O. Box 4501
Chicago, IL 60680-4501


United Mechanical Corp.
206 South Park Street
Bensenville, IL 60106-2557

V & V Supremo Foods, Inc.
Department 10183
P.O. Box 87618
Chicago, IL 60680-0618

V. Formusa Co., Inc.
710 W. Grand Avenue
Chicago, IL 60654-5574


Valassis Direct Mail Inc
235 Great Pond Drive
Windsor, CT 06095-1589

Valassis Direct Mail, Inc.
90469 Collection Center Drive
Chicago, IL 60693-0001

Valassis Direct Mail, Inc.
Account No. 4177959
90469 Collection Center Drive
Chicago, IL 60693-0001


Vamex Dist.
P.O. Box 407
Posen, IL 60469-0407

Villa Farm Distributing & Packing Co.
P.O. Box 1428
Addison IL 60101-8428

Village Of Downers Grove
Account No. C.4796.7241.04
801 Burlington Avenue
P.O. Box 4526
Carol Stream, IL 60197-4526


Vital Hierbas Naturales
2100 W. 24th Street
Chicago, IL 60608-4016

Vito & Nicks II Frozen Foods
16726 W. Cherry Creek Ct
Joliet, IL 60433-8466

Voortman Cookies Limited
P.O. Box 4599
Buffalo, NY 14240-4599


W.B. McCloud Co., Inc.
2500 W. Higgins Rd, Suite 850
Hoffman Estates, IL 60169-7200

W.J. Powell & Co.
P.O. Box 57
Worth, IL 60482-0057


Walgreens Co. (Store #110)
WAG Finance Lockbox 14130
Collections Center Dr.
Chicago, IL 60693-0001

Wayne's World Inc.
2404 South Wolcott,
Unit 32-33
Chicago, IL 60608-5344

Wei Chuan - Chicago
6845 Santa Fe Dr.
Hodgkins, IL 60525-7637


Wenger Distribution
13207 Glencree Lane
Rockton, IL 61072-3226

Wiscon Corporation
2050 North 15th Avenue
Melrose Park, IL 60160-1405

Wisconsin Cheese Group
105 3rd St
Monroe, WI 53566-1028


Wisconsin Cheese Group, Inc.
25194 Network Place
Chicago, IL 60673-1251

Wisconsin Natural Acres
P.O. Box 202
Chilton, WI 53014-0202

World Wide Produce
2404 S. Wolcott
Units 1-4
Chicago, IL 60608-5342

World Wide Produce
2404 South Wolcott - Units 1-2-3-4
Chicago, IL 6060

Xcell International Corp.
16400 W. 103rd. St.
Lemont, IL 60439-9667

YPV Distribution
Account No. 1601 YPV Distribution
160 Scott Street
Elk Grove Village, IL 60007-1211

YPV Distribution, Inc.
160 Scott Street
Elk Grove Village, IL 60007-1211

Ziyad Brothers Importing
5400 W. 35th Street
Cicero, IL 60804-4431

toyota Motor Credit cororation
c/o Weltman, Weinberg, & Reis Co., L.P.A
323 W. Lakeside Ave., Suite 200
Cleveland, OH 44113-1009

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (jointly administered) |
| | ) | Case No. 11-52013 |
| MICHAEL'S MARKET, INC., *et al.*, | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing:  October 23, 2013 at 10:00 a.m. |
| | ) | |

**FINAL APPLICATION OF PEDERSEN & HOUPT FOR ALLOWANCE OF
FEES AND EXPENSES FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF MICHAEL'S MARKET, INC. AND ITS AFFILIATED DEBTORS**

Pedersen & Houpt ("P&H"), counsel to The Official Committee of Unsecured Creditors of Michael's Market, Inc. and its Affiliated Debtors and its affiliated debtors, in the above-captioned jointly administered cases (the "Committee"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2), hereby applies (the "Final Application") for entry of an order allowing as final the amount of $100,890.50 for legal services rendered and $710.49 for expenses incurred during the period from January 20, 2012 to August 30, 2013 (the "Compensation Period").  In support of its Final Application, P&H respectfully states as follows:

## INTRODUCTION

### *General Background, Pedersen & Houpt's Retention, and Funds Available to Pay Fees*

1.     On December 30, 2011 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned chapter 11 cases.  These chapter 11 cases are being jointly administered for procedural purposes only.

2.      On January 19, 2012, the Office of the United States Trustee appointed the Committee in these cases.

3.      On February 7, 2012, the Court entered the Order Granting Application to Employ and Retain Pedersen & Houpt [Dkt. No. 107], approving the employment of P&H as counsel to the Debtors retroactive to January 19, 2012.

4.      On May 17, 2012, this Court entered the Agreed Sixth Interim Order (I) Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection and (II) Approving the Form and Method of Notice of, and Scheduling, the Final Hearing on the Use of Cash Collateral [Docket #259] (the "Sixth Cash Collateral Order"). Paragraph 6 of that order contains an agreement by the Federal Deposit Insurance Corporation as Receiver for Premier Bank ("FDIC-R"), to "carve-out" $50,000 for fees and expenses of counsel retained by the Committee (the "Committee Carve-Out"). All cash collateral orders entered subsequently to the Sixth Cash Collateral Order contained the same Committee Carve-Out provision.

5.      Also, on December 20, 2012, this Court entered the Order Granting in Part and Continuing in Part the First Application of Meltzer, Purtill & Stelle, LLC ["MPS"] for Interim Allowance of Compensation and Reimbursement of Expenses [Docket #494] (the "MPS Fee Order"). Paragraph 3 of that order sets aside $10,000 from the proceeds of the sale of certain of the Debtors' assets for future application to the allowed fees and expenses of the Committee.

6.      On information and belief, MPS is currently holding $60,000 in funds from the proceeds of sales of the Debtors' assets for the express purpose of payment of allowed fees and expenses of the Committee ($50,000, representing the Committee Carve-Out, was withheld from the proceeds of another sale of the Debtors' assets).

7.     Counsel for the Committee understands that whatever fees and expenses it may be awarded in an order granting this Application, the payment of such allowed fees and expenses will be restricted to the $60,000 currently being held by Debtors' counsel for this purpose. Thus, even if it is awarded in excess of $60,000 in fees and expenses, Committee counsel has no recourse for payment of fees and expenses awarded in excess of $60,000.

## JURISDICTION AND VENUE

8.     This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED AND REASONS THEREFORE

*Authority for Relief*

9.     P&H makes this Application pursuant to: (a) sections 330(a) and 331 of the Bankruptcy Code; (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and (c) Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Bankruptcy Rules").

*Request for Final Allowance of Compensation and Reimbursement of Expenses*

10.     P&H hereby seeks final allowance of compensation for professional services rendered during the Compensation Period in the aggregate amount of $100,890.50 and reimbursement of expenses incurred in connection with such services in the aggregate amount of $710.49. During the Compensation Period, P&H attorneys and paraprofessionals expended a total of 283.90 hours for which compensation is requested.

11.     Attached to this Application is a cover sheet which includes a schedule setting forth the names of all P&H professionals and paraprofessionals who have performed services for

which compensation is sought, the person's position in the firm, the year each attorney was first admitted to practice law and the person's area of expertise. In addition, this schedule sets forth for each person: (a) the individual's hourly rate(s) during the Compensation Period; (b) the total hours billed for which compensation is sought; and (c) the total compensation for such hours.

12.     Attached hereto as Exhibit A is a summary of the services rendered by P&H for which compensation is sought, by project category. Attached hereto as Exhibit B is a detailed itemization of the expenses for which reimbursement is sought. Listings of the detailed time entries of P&H professionals and paraprofessionals, by project category, with respect to the compensation requested, are attached hereto as Group Exhibit C. Attached hereto as Exhibit D is a proposed form of order granting this Application.

13.     None of the foregoing payments have been shared by P&H with any other party, nor are these or any payment subject to a sharing agreement between P&H and any third party.

14.     P&H did not receive any payment or promises of payments during the Compensation Period from any other source for services rendered or to be rendered in connection with these chapter 11 cases.

***Services Performed by Pedersen & Houpt During Compensation Period***

15.     The following is a description of the services performed by P&H professionals and paraprofessionals during the Compensation Period, listed by project category in the order set forth in Exhibit A.

16.     Throughout the categories, the time reflects that the Committee's focus, and the focus of its counsel, was on working diligently with all case parties, including the Debtors, the FDIC-R and the PACA Creditors, through the negotiations and settlement agreements that led to the sale of the Debtors' assets and the resolution of the Debtors' cases. Accordingly, the time and

expenses of Committee's counsel was necessary and reasonable at the time it was expended and aided the efficient administration of these cases. Thus, the time and expenses of counsel for the Committee are allowable and compensable as administrative expenses of these estates.

*Case Administration - 109.10 hours - $39,767.00*

17.      During the Compensation Period, the time dedicated by P&H in this category primarily related to time expended for the following: preparing for and attending court hearings at which multiple matters were on the agenda, day-to-day administration; meetings and communications with counsel for the Debtors, U.S. Trustee and other case parties concerning the general administration of the cases; and general limited matters for which no separate billing category was created. As more fully set forth in <u>Group Exhibit C</u> attached hereto, P&H has expended a total of 109.10 hours in this category and is seeking compensation in the amount of $39,767.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 100.30 | $37,612.50 |
| Lawrence W. Byrne | Partner | $375.00 | 0.50 | $187.50 |
| Bryan E. Minier | Associate | $290.00 | 4.30 | $1,247.00 |
| David M. Serritella | Associate | $180.00 | 4.00 | $720.00 |
| **Total** | | | **109.10** | **$39,767.00** |

*Asset Disposition - 2.70 hours - $1,012.50*

18.      The fees in this category include, without limitation, time expended for the following: matters related to asset sales or other disposition, matters related to the sale of Naperville store, and all matters related to the sale of the Selling Debtors' assets. As more fully set forth in <u>Group Exhibit C</u> attached hereto, P&H has expended a total of 2.70 hours in this category and is seeking compensation in the amount of $1,012.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 2.70 | $1,012.50 |
| **Total** | | | **2.70** | **$1,012.50** |

### *Committee Meetings / Communications - 41.90 hours - $15,420.00*

19.    The fees in this category include, without limitation, time expended for the following: matters related to organizational meeting of creditors, and preparing for and participating in meetings with and communicating with the Committee. As more fully set forth in Group Exhibit C attached hereto, P&H has expended a total of 41.90 hours in this category and is seeking compensation in the amount of $15,420.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 40.40 | $15,150.00 |
| David M. Serritella | Associate | $180.00 | 1.50 | $270.00 |
| **Total** | | | **41.90** | **$15,420.00** |

### *Fee/Employment Applications - 26.20 hours - $7,746.00*

20.    The fees in this category include, without limitation, time expended for the following: matters related to retention of Committee's and other professionals; hearings, correspondence and matters related thereto; and preparation of this fee application. As more fully set forth in Exhibit E attached hereto, P&H has expended a total of 26.20 hours in this category and is seeking compensation in the amount of $7,746.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 10.80 | $4,050.00 |
| Bryan E. Minier | Associate | $290.00 | 8.40 | $2,436.00 |
| David M. Serritella | Associate | $180.00 | 7.00 | $1,260.00 |
| **Total** | | | **26.20** | **$7,746.00** |

*Assumption/Rejection of Lease and Contracts - 5.80 hours - $2,030.50*

21.     The fees in this category include, without limitation, time expended for the following: motions by the Debtors and/or their contract parties to assume or reject leases and contracts and to extend time to assume leases and contracts; and claims raised by certain contract parties with the Debtors. As more fully set forth in <u>Group Exhibit C</u> attached hereto, P&H has expended a total of 5.80 hours in this category and is seeking compensation in the amount of $2,030.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 3.60 | $1,350.00 |
| Lawrence W. Byrne | Partner | $410.00 | 0.50 | $187.50 |
| Bryan E. Minier | Associate | $290.00 | 1.70 | $493.00 |
| **Total** | | | **5.80** | **$2,030.50** |

*Other Contested Matters - 51.50 hours - $18,122.50*

22.     The fees in this category include, without limitation, time expended for the following: matters related to contested matters, pleadings and hearings related thereto, including the extension of stay litigation initiated by the Debtors, motions for 2004 examinations; the Committee's opposition to certain sale motions; the lift stay litigation initiated by the PACA claimants; pleadings related to the challenge of the liens of the FDIC-R and the adversary related thereto; and general motions and responsive pleadings on a variety of administrative claims and other matters. As more fully set forth in <u>Group Exhibit C</u> attached hereto, P&H has expended a total of 51.50 hours in this category and is seeking compensation in the amount of $18,122.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 36.80 | $18,800.00 |
| Lawrence W. Byrne | Partner | $410.00 | 0.70 | $262.50 |
| Bryan E. Minier | Associate | $290.00 | 14.00 | $4,060.00 |
| **Total** | | | **51.50** | **$18,122.50** |

### *Meetings of and Communications with Creditors - 4.10 hours - $1,486.50*

23.    The fees in this category include, without limitation, time expended for the following: responding to inquiries from and communications with non-Committee member creditors. As more fully set forth in Group Exhibit C attached hereto, P&H has expended a total of 4.10 hours in this category and is seeking compensation in the amount of $1,486.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 3.50 | $1,312.50 |
| Bryan E. Minier | Associate | $290.00 | 0.60 | $174.00 |
| **Total** | | | **4.10** | **$1486.50** |

### *Financing/Cash Collections - 33.20 hours - $12,407.50*

24.    The fees in this category include, without limitation, time expended for the following: matters related to the month-to-month extensions of cash collateral use; preparing for and attending cash collateral hearings; negotiations of the various cash collateral orders; reviews of the budgets; and review of the multitude of pleadings filed in support of and seeking to terminate cash collateral use. As more fully set forth in Group Exhibit C attached hereto, P&H has expended a total of 33.20 hours in this category and is seeking compensation in the amount of $12,407.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Brian M. Graham | Partner | $375.00 | 32.70 | $12,262.50 |
| Bryan E. Minier | Associate | $290.00 | 0.50 | $145.00 |
| **Total** | | | **33.20** | **$12,407.50** |

### Plan, Disclosure Statement and Settlements - 9.40 hours - $2,898.00

25.    The fees in this category include, without limitation, time expended for the following: strategy and negotiation regarding the Debtors' original plan and disclosure statements, and revisions to and hearings on same. As more fully set forth in Group Exhibit C attached hereto, P&H has expended a total of 9.40 hours in this category and is seeking compensation in the amount of $2,898.00.

### Expenses - $710.49

26.    The costs in this category may include, without limitation, reimbursement of expenses for the following: in-house and offsite copying and printing at not more than $0.10 per page; research charges, delivery services, messengers and overnight couriers; and postage. As more fully set forth in Exhibit D attached hereto, P&H is seeking compensation in the amount of $710.49.

### NOTICE

27.    Bankruptcy Rule 2002(a)(6) requires notice to all creditors of "any entity's request for compensation or reimbursement of expenses if the request exceeds $1,000." Fed. R. Bankr. P. 2002(a)(6) (emphasis added). P&H submits that it would be inequitable to require P&H to incur the additional notice costs of this Application when P&H is already being forced to bear the burden of thousands of dollars of unreimbursed actual expenses incurred during its representation of the Committee.

28.    Accordingly, notice of this Application has been given by CM/ECF to: (a) the Office of the United States Trustee; (b) counsel to the FDIC-R; (c) counsel to the Debtors and (d) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule

2002. In light of the nature of the relief requested, P&H submits that no further notice should be required.

29.    P&H requests that the order approving the Final Application be effective immediately upon entry.

WHEREFORE, P&H respectfully requests that the Court enter an order (a) allowing on a final basis for the Final Period as P&H's administrative claim the amount of $100,890.50 for fees and $710.49 for expenses, respectively and (b) granting such other further relief as is just and proper.

Dated:  September 30, 2013

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
MICHAEL'S MARKET, INC., *et al.*


By:  /s/ Bryan E. Minier_____
        One of its attorneys



Bryan E. Minier (ARDC # 6275534)
Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 641-6888